# CONSUMER CREDIT TRANSACTION
## IMPORTANT!! YOU ARE BEING SUED!!

### THIS IS A COURT PAPER -- A SUMMONS

DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF YOUR PAY CAN BE TAKEN FROM YOU (GARNISHED). IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE TO PAY OTHER COSTS TOO!!! IF YOU CAN'T PAY FOR YOUR OWN LAWYER BRING THESE PAPERS TO THIS COURT RIGHT AWAY.  THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

**06266 - 19**

----------------------------------------------------X

Barclays Bank Delaware

**INDEX NUMBER:**

**SUMMONS**

*Plaintiff,*

Plaintiff's Address:
125 S West Street
Wilmington, DE 19801

-against-

Tyisha M Chancey,
                    *Defendant.*

Basis of Venue:
Defendant's Address

----------------------------------------------------X

To the above named defendant:

YOU ARE HEREBY SUMMONED to appear in the Civil Court of the City of New York, in and for the County of BRONX, at the office of the said court at 851 Grand Concourse, Bronx, NY  10451, within the time provided by law as noted below and to file your answer to the annexed complaint with the Clerk; upon your failure to answer, judgment will be taken against you for the  sum of $4,940.96 together with the costs of this action.

Dated:  3-21-19

FEE PAID
APR 03 2019
CIVIL COURT
BRONX COUNTY

TENAGLIA & HUNT, P.A.
Attorneys for Plaintiff

By: _____
Murianda Ruffin, Esq.
395 W. Passaic Street, Suite 205
Rochelle Park, New Jersey 07662
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001
NYC Department of Consumer
Affairs collection license No.: #2047462

NOTE: The law provides that:

 (a) If this summons is served by its delivery to you personally within the city of New York, you must appear and answer within TWENTY days after such service; or

(b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

DEFENDANTS TO BE SERVED:
Tyisha M Chancey
870 Southern Blvd Apt 6k
Bronx NY 10459-4557

## TRANSACCION DE CREDITO DEL CONSUMIDOR
### ¡IMPORTANTE! UD. HA SIDO DEMANDADO!

### ESTE ES UN DOCUMENTO LEGAL--UNA CITACION

¡NO LA BOTE! ¡CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE
SU SALARIO (EMBARGARLO). ¡SI UD. NO SE PRESENTA EN LA CORTE CON ESTA
CITACION LE PUEDEN CONFISCAR SUS BIENES (PROPIEDAD) Y PERJUDICAR SU CREDITO!
¡TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OTROS GASTOS LEGALES (COSTAS)! SI
UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS PAPELES A LA CORTE
IMMEDIATAMENTE. VENGA EN PERSONA Y EL SECRETARIO DE LA CORTE LE AYUDARA.

CORTE CIVIL DE LA CIUDAD DE NUEVA YORK
CONADO DE BRONX

------------------------------------------------X

Barclays Bank Delaware

          Demandante,

-against-

Tyisha M Chancey,
          Demandado.

------------------------------------------------X

NO. DE EPIGRAFE:

CITACION
Residencia de Demandante
Direccion:
125 S West Street
Wilmington, DE 19801

La Razon de haber designado
esta Corte es:
Condado de BRONX

La transaccion de credito
tuvo lugar en el
Condado de BRONX

Al demandado arriba mencionado:

     **USTED ESTA CITADO** a comparecer en la Corte Civil de la Nueva York, Condado de
BRONX a la oficina del Jefe Principal de dicha Corte en, 851 Grand Concourse, Bronx, NY 10451, en
el Condado de BRONX Ciudad y Estado de Nueva York, dentro del tiempo provisto por la ley segun
abajo indicado y a presentar su respuesta a la demanda anexada al Jefe de la Corte; si usted no comparece
a contestar, se rendira sentencia contra usted en la suma de $4,940.96 incluyendo las costas de esta causa.

Fechado:  3-21-19

TENAGLIA & HUNT, P.A.

By: _____
Murianda Ruffin, Esq.
395 W. Passaic Street, Suite 205
Rochelle Park, New Jersey 07662
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001
NYC Department of Consumer
Affairs collection license No.: # 2047462
Abogados para Demandado

NOTA: La Ley provee que:

(a) Si esta citacion es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y responderia dentro de VIENTE dias despues de la entrega; o

(b) Si esta citacion es entregada a otra persona que no fuera usted personalmente, o si fuera entregada afuera de la Ciudad de Nueva York, o por medio de publicacion, o por otros medios que no fueran entrega personal a usted en la Ciudad de Nueva York, usted tiene TREINTA dias para comparecer y responder la demanda, despues de haberse presentado prueba de entrega de la citacion al Jefe de esta Corte

**Demandado para ser servido:**
Tyisha M Chancey
870 Southern Blvd Apt 6k
Bronx NY 10459-4557

File No.: TA007892
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

| | | |
|---|---|---|
| Barclays Bank Delaware | | |
| | *Plaintiff,* | Index No.: |
| -against- | | |
| | | **COMPLAINT** |
| Tyisha M Chancey, | | |
| | *Defendant.* | |

Plaintiff, by its Attorneys, complaining of the Defendant(s), respectfully alleges that:

1. Plaintiff is a national banking association organized and existing under federal law.

2. Upon information and belief, the Defendant(s) resides or has an office in the county in which this action is brought, or the defendant(s) transacted business within the county in which this action is brought, either in person or through an agent and the instant cause of action arose out of said transaction.

### AS AND FOR A FIRST CAUSE OF ACTION

1. Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if more fully set forth herein.

2. At all relevant times herein, Defendant was the holder of a credit card that enabled Defendant to charge items to the credit card bearing account no. ending in the last four 5462.
(HEREINAFTER THE "ACCOUNT")

3. By using the account, Defendant agreed to certain terms and conditions requiring Defendant to make payments towards the balance incurred thereon .(THE "AGREEMENT")

4. Defendant's account defaulted when Defendant failed to make the required payments as set forth in the agreement, and as a result, was in breach of the terms and conditions thereunder.

5. There is still due on said account the sum of $4,940.96, of which no part has been paid although repeated demands for same have been made and as often refused.

6. The Statute of Limitations has not yet expired.

Wherefore, Plaintiff demands as damages the sum of $4,940.96, together with costs of this suit.

## AS AND FOR A SECOND CAUSE OF ACTION

7. Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if more fully set forth herein.

8. Plaintiff rendered to Defendant(s) a full and true account of the indebtedness owing by the Defendant(s) as a result of the above agreement, in an amount as herein above set forth which account statement was delivered to and accepted without objection by the Defendant(s) resulting in an account stated in the sum of $4,940.96, no part of which was has been paid despite due demand therefore.

Wherefore, Plaintiff demands judgment against the Defendant(s) in the sum of $4,940.96 together with costs of this suit.

## AS AND FOR A THIRD CAUSE OF ACTION

9. Plaintiff repeats, reiterates and incorporates each and every allegation contained in the foregoing paragraphs as though fully set forth at length herein.

10. Plaintiff sues said Defendant for the reasonable value of credit purchases under the Account pursuant to the Agreement with the Defendant upon the promise of the Defendant to pay a reasonable price for the same. Payment has been demanded and has not been made.

WHEREFORE, Plaintiff(s) is entitled to judgment against Defendant for Quantum Meruit in the amount of $4,940.96, together with costs of this suit.

The undersigned attorney hereby certifies that, to the best of his/her knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the within

RECEIVED NYSCEF: 10/02/2025

complaint and the contentions therein are not frivolous as defined in Part 130-1.1(c) of the rules of the

Chief Administrator.

Dated:    3-21-19

TENAGLIA & HUNT, PA.
ATTORNEY FOR PLAINTIFF

By: _____
Murianda Ruffin, Esq.
395 W. Passaic Street, Suite 205
Rochelle Park, New Jersey 07662
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001
NYC DEPARTMENT OF CONSUMER
AFFAIRS COLLECTION NO.: #2047462