Civil Court of the City of New York
County of Bronx

Index No: CV-006266-19/BX

Barclays Bank Delaware
    -against-
Tyisha M Chancey

**ANSWER IN PERSON**
CONSUMER CREDIT TRANSACTION

Defendant, Tyisha M Chancey, at 870 Southern Blvd, Apt 6k, Bronx, NY 10459-4557, answers the Complaint as
Dated : 05/23/2019
*(Check all that apply)*

1. _____ General Denial: I deny the allegations in the complaint

**SERVICE**

2. _____ I did not receive a copy of the summons and complaint
3. _____ I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**

4. _____ I do not owe this debt
5. _____ I did not incur this debt. I am the victim of identity theft or mistaken identity.
6. _____ I have paid all or part of the alleged debt.
7. _____ I dispute the amount of the debt.
8. _____ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)
9. _____ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.
10. _____ Plaintiff does not allege a debt collection license number in the Complaint.
11. _____ Statute of Limitations ( the time has passed to sue on this debt.)
12. _____ The debt has been discharged in bankruptcy.
13. _____ The collateral (property) was not sold at a commercially reasonable price.
14. _____ Unjust enrichment (the amount demanded is excessive compared with the original debt.)
15. _____ Violation of the duty of good faith and fair dealing.
16. _____ Unconscionability (the contract is unfair.)
17. _____ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)
18. _____ Defendant is in the military.
19. XX Other: I would like to set up an affordable payment plan

**OTHER**

20. _____ Please take notice that my only source of income is _____, which is exempt from collection.

**COUNTERCLAIM**

21. _____ Counterclaim(s): $ _____ Reason:

This case is scheduled to appear on the calendar as follows: July 3, 2019 in Part 11C - Non-Jury - Self-Represented - Consumer Debt, Room 504 at 10:30 AM Both sides notified: __XX__

To:
    Tenaglia & Hunt, P.A.
    395 W. Passaic Street
    Suite 205
    Rochelle Park, NJ 07662

**FILED**
MAY 23 2019
CIVIL COURT
BRONX COUNTY

*RECEIVED MAY 2019*