CITY COURT
COUNTY OF BRONX  PART 11C                                              STATE OF NEW YORK
------------------------------------------------x
Barclays Bank Delaware                                                 Index No.: CV- 026246 /BX
          Plaintiff,
                                                                       STIPULATION OF SETTLEMENT
   -against-

         Defendant,

Tyisha M Chauncey
------------------------------------------------x

FILED OCT 02 2019 CIVIL COURT BRONX COUNTY

RECEIVED 0 7 OCT 2019 BY:

It is hereby stipulated and agreed by and between the parties that the above case is settled for the sum of $4,940.96 at $25 per month, to be paid on the following terms:

1. Defendant agrees to make first payment of $25 on or before 10/28/2019.
2. Each subsequent payment of $25 to be made on or before the 28th of each successive Month
3. Any payment received above the monthly amount due will be credited but does not relieve the defendant from making future monthly payments in accordance with the terms set forth above.
4. No interest is to accrue provided there is no default payment under the terms of this agreement.
5. All payments are to be made payable to **Tenaglia & Hunt, P.A. 395 W. Passaic Street, Suite 205, Rochelle Park, NJ 07660** and sent via U.S. Mail. (Please put Index # on Memo Line)
6. This stipulation of settlement shall be filed with the court. Defendant waives objections to service of process and consents to the jurisdiction of the court.
7. In the event of default, a 10 day notice to cure such default will be mailed by ordinary mail to the Defendant at his last known address and if such default remains uncured for ten (10) days from date of mailing, then Plaintiff shall file a motion for default judgment against the Defendant in the amount listed within the complaint, plus costs if any, disbursements, and interest, less any payments already received. (Should the defendant move, it is his/her obligation to notify Plaintiff's counsel within 10 days.)
8. Upon full payment by Defendant in accordance with the terms of this stipulation of settlement, Plaintiff shall file a notice of discontinuance with the court and will mail a copy of same to the defendant within 30 days.

Tyisha Chauncey
820 Southern Blvd #6A
Bronx, NY 10459

Martin J. Leahy, Esq.
(Print)

Tenaglia & Hunt, P.A.
Attorneys for Plaintiff
395 W. Passaic Street, Suite 205
Rochelle Park, NJ 07660

SO ORDERED
J.C.C.
HON. BRENDA L. RIVERA
OCT 0 2 2019

SO ORDERED: _____

Date: 2019-10-2