# CHASE

## Terms and Conditions:

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to sign the instrument immediately upon purchase
  - Failure to do so will result in the sender/drawer bearing the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned" if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
  - Sender/Drawer can place a stop payment on an unpaid Money Order
  - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**        **Customer Copy**

## MONEY ORDER

1567124333

10/17/2019

$** 25.00 **

Pay To The Order Of: _____

Pay:   TWENTY FIVE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

NON NEGOTIABLE

Memo: _____        SENDER/DRAWER

# CHASE 🔘

## Terms and Conditions:

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to sign the instrument immediately upon purchase
  - Failure to do so will result in the sender/drawer bearing the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned" if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
  - Sender/Drawer can place a stop payment on an unpaid Money Order
  - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**   Customer Copy

## MONEY ORDER

9800619383

11/20/2019

$** 25.00 **

**Pay To The Order Of:** _____

**Pay:** TWENTY FIVE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

NON NEGOTIABLE

_____ SENDER/DRAWER:

Memo: _____

Note: For information only. Comment has no effect on bank's payment.

# CHASE 🟦

## Terms and Conditions:

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to sign the instrument immediately upon purchase
  - Failure to do so will result in the sender/drawer bearing the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned" if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
  - Sender/Drawer can place a stop payment on an unpaid Money Order
  - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order or for any other information about this item

---

**FOR YOUR PROTECTION SAVE THIS COPY**       **Customer Copy**

## MONEY ORDER

9800619505

12/18/2019

$** 25.00 **

Pay To The
Order Of: _____

Pay:   TWENTY FIVE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

**NON NEGOTIABLE**

Memo: _____         _____
Note: For information only. Comment has no effect on bank's payment.     SENDER/DRAWER

# CHASE

## Terms and Conditions:

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to sign the instrument immediately upon purchase
  - Failure to do so will result in the sender/drawer bearing the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned" if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
  - Sender/Drawer can place a stop payment on an unpaid Money Order
  - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**                    **Customer Copy**

## MONEY ORDER

9805901011

01/14/2020

Pay To The Order Of: _Venagelic & Hunt_                    $** 25.00 **

Pay:   TWENTY FIVE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

_signature_                                    **NON NEGOTIABLE**

Memo: _____           SENDER/DRAWER

Note: For information only. Comment has no effect on bank's payment.

# CHASE

## Terms and Conditions:

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to sign the instrument immediately upon purchase
  - Failure to do so will result in the sender/drawer bearing the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned" if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
  - Sender/Drawer can place a stop payment on an unpaid Money Order
  - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order or for any other information about this item

**Customer Copy**

1567125086

FOR YOUR PROTECTION SAVE THIS COPY

**MONEY ORDER**

04/01/2020

$** 25.00 **

**Pay To The Order Of:** _____

**Pay:** TWENTY FIVE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

NON NEGOTIABLE

SENDER/DRAWER

Memo: _____

# CHASE

## Terms and Conditions:

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to sign the instrument immediately upon purchase
  - Failure to do so will result in the sender/drawer bearing the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned" if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
  - Sender/Drawer can place a stop payment on an unpaid Money Order
  - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**

**Customer Copy**

1567125085

## MONEY ORDER

04/01/2020

$** 25.00 **

**Pay To The Order Of:** _____

**Pay:** TWENTY FIVE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

_____

NON NEGOTIABLE

SENDER/DRAWER

Memo: _____

Note: For information only. Comment has no effect on bank's payment.