Civil Court of the City of New York
County of Bronx
Part 34C

Index Number CV-6266-19/BX
Motion Cal. # _____ Motion Seq. # _____

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed………. | |
| Order to Show Cause and Affidavits Annexed….. | |
| Answering Affidavits …………………………….. | |
| Replying Affidavits………………………………. | |
| Exhibits ………………………………………….. | |
| Other……………………………………………… | |

Claimant(s)/Plaintiff(s)/Petitioner(s): Barclays Bank Delaware

against

Defendant(s)/Respondent(s): Tyisha M Chancey

Upon the foregoing cited papers, the Decision/Order on this Motion to **Vacate Default Judgment** is **GRANTED** is as follows:

The judgment entered by Plaintiff in December 2024 is vacated. Plaintiff failed to file a prerequisite motion to enter judgment as its own settlement stipulation required. pursuant judgment Any restraints and garnishment shall be immediately lifted, including the bank freeze on Chase bank account ending in 2572. The parties shall appear April 1, 2026 for conference.

**ENTERED**
OCT -7 2025
CIVIL COURT
BRONX COUNTY

Date: 10/7/25

Judge, Civil Court
HON. CAROL ELAINE MALCOLM