## Bronx County Civil Court
## Civil Judgment

**Plaintiff(s):**
Barclays Bank Delaware

vs.

**Defendant(s):**
Tyisha M Chancey

**Index Number:** CV-006266-19/BX

Judgment issued: On Default

On Motion of:

Tenaglia & Hunt, P.A.
395 W. Passaic Street, Suite 205, Rochelle Park, NJ 07662

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $4,940.96 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $125.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest | $0.00 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |

**Total Damages** $4,815.96  **Total Costs & Disbursements** $225.00  **Judgment Total** $5,040.96

Post-judgment interest shall be 9% pursuant to NY CPLR §5004(a), except where otherwise provided by statute.

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) Barclays Bank Delaware
125 S West Street, Wilmington, DE 19801

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) Tyisha M Chancey
870 Southern Blvd, Apt 6k, Bronx, NY 10459-4557

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK in the total amount of **$5,040.96 on 12/07/2024 at 10:41 AM.**

Judgment sequence 1

*Tanya Faye*

Tanya Faye, Acting Chief Clerk