File No. TA007892
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

BARCLAYS BANK DELAWARE
               Plaintiff,

-against-

Tyisha M Chancey

               Defendant.

Index No. CV-006266-19/BX

**RESTRAINING NOTICE TO GARNISHEE**

To:   JP Morgan Chase-Court Orders-Levies
       700 Kansas Ln
       Monroe, LA 71203

RE:   Tyisha M Chancey SS# [redacted]
       870 Southern Blvd Apt 6k
       Bronx NY 10459-4557

**GREETINGS:**

     **WHEREAS**, in an action in the CIVIL COURT OF THE CITY OF NEW YORK, County of BRONX, between the Plaintiff BARCLAYS BANK DELAWARE, and the Defendant, Tyisha M Chancey, the parties named in said action, a Judgment was entered in favor of BARCLAYS BANK DELAWARE, (the Judgment Creditor) and against Tyisha M Chancey (the Judgment Debtor), on December 7, 2024, in the county of BRONX in the amount of $5,040.96. The amount remaining due and unpaid is $5,040.96.

     **WHEREAS**, it appears that you owe a debt the Judgment Debtor(s) or are in possession or in custody of property in which the Judgment debtor(s) have an interest;

     **TAKE NOTICE** that pursuant to CPLR Section 5222(b), which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, or any interference with any property in which you have an interest, except as therein provided.

     **TAKE FURTHER NOTICE** that this notice also covers all property in which the Judgment Debtor(s) have an interest hereafter coming into your possession or custody, and all debts hereafter coming due from the Judgment Debtor(s).

## CIVIL PRACTICE LAW AND RULES

Section 5222(b) Effect of Restraint; prohibition of transfer; duration. A Judgment Debtor or Obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except as set forth in subdivisions (h) and (I) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the Judgment or Order is satisfied or vacated. A restraining notice served upon a person other than the Judgment Debtor or Obligor is effective only if, at the time of service, he or she owes a debt to the Judgment Debtor or Obligor or he or she is in the possession or custody of property in which he or she knows or has reason to believe the Judgment Debtor or Obligor has an interest, or if the Judgment Creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the Judgment Debtor or Obligor or that the Judgment Debtor or Obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice except as set forth in subdivisions (h) and (i) of this section. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor or obligor in an amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

**TAKE FURTHER NOTICE** that disobedience of this Restraining Notice is punishable as a contempt of court.

Dated: January 29, 2025

TENAGLIA & HUNT, P.A.
Attorneys for Plaintiff/Judgment Creditor

By: S/Sumera S. Shaikh
Sumera S. Shaikh
Attorney ID Number 4995064
365 West Passaic St, Suite 405
Rochelle Park, NJ 07662
5 Penn Plaza, 23rd Floor
New York, NY 10001
(201) 820-6001

File No. TA007892
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

BARCLAYS BANK DELAWARE
           Plaintiff,

-against-

Tyisha M Chancey

           Defendant.

Index No. CV-006266-19/BX

**INFORMATION SUBPOENA**

To:   JP Morgan Chase-Court Orders-Levies
       700 Kansas Ln
       Monroe, LA 71203

RE:  Tyisha M Chancey, SS# [redacted]
       870 Southern Blvd Apt 6k
       Bronx NY 10459-4557

**GREETINGS:**

    **WHEREAS**, in an action in the CIVIL COURT OF THE CITY OF NEW YORK, County of BRONX, between the Plaintiff BARCLAYS BANK DELAWARE, and the Defendant, Tyisha M Chancey, the parties named in said action, a Judgment was entered in favor of BARCLAYS BANK DELAWARE,(the Judgment Creditor) and against Tyisha M Chancey (the Judgment Debtor), on December 7, 2024,in the county of BRONX in the amount of $5,040.96. The amount remaining due and unpaid is $5,040.96.

    **WHEREAS**, the person to whom this subpoena is directed maintains a place of business within the State of New York;

    **NOW, THEREFORE, WE COMMAND YOU** that you answer in writing under oath, separately and fully, each question in the questionnaire accompanying this subpoena, each answer referring to the question to which it responds, and that you return the answers together with the original questions within seven (7) days after your receipt of the questions and this subpoena.

    **TAKE NOTICE** that false swearing or failure to comply with this subpoena is punishable as a contempt of court.


**I HEREBY CERTIFY** THAT THIS INFORMATION SUBPOENA COMPLIES WITH RULE 5224 OF THE CIVIL PRACTICE LAW AND RULES AND SECTION 601 OF THE GENERAL BUSINESS LAW THAT I HAVE A REASONABLE BELIEF THAT THE PARTY RECEIVING THIS SUBPOENA HAS IN THEIR POSSESSION INFORMATION ABOUT THE DEBTOR THAT WILL ASSIST THE CREDITOR IN COLLECTING THE JUDGMENT.

Date: January 29, 2025

**TENAGLIA & HUNT, P.A.**
Attorneys for Plaintiff/Judgment Creditor

By: S/Sumera S. Shaikh
Sumera S. Shaikh
Attorney ID Number 4995064
365 West Passaic St, Suite 405
Rochelle Park, NJ 07662
5 Penn Plaza, 23rd Floor
New York, NY 10001
(201) 820-6001

File No. TA007892
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

BARCLAYS BANK DELAWARE
          Plaintiff,

-against-

Tyisha M Chancey

          Defendant.

Index No. CV-006266-19/BX

**QUESTIONS AND ANSWERS IN CONNECTION WITH INFORMATION SUBPOENA**

To:   JP Morgan Chase-Court Orders-Levies
       700 Kansas Ln
       Monroe, LA 71203

RE:  Tyisha M Chancey, SS# [redacted]
       870 Southern Blvd Apt 6k
       Bronx NY 10459-4557

STATE OF _____ )
                      ) ss.:
COUNTY OF _____ )

_____, being duly sworn, deposes and says:

I am _____ of _____, recipient of an information subpoena herein and of the original and a copy of questions accompanying said subpoena. The answers set forth below are made from information obtained from the records of the recipient.

QUESTION NO. 1: Do you have a record of any account in which the judgment debtor may have an interest, whether under the name of the debtor, under a trade or corporate name, or in association with others, as of the date of the subpoena or within 1 year prior thereto?

_____
_____
_____

QUESTION NO. 2: As to each such account, what is the exact title of the account, the date opened, amounts presently on deposit; if closed, the amount on deposit when closed and the date closed?

_____
_____
_____
_____

QUESTION NO. 3: Do you have a record of any safe deposit box in which the judgment debtor may have an interest, whether under the name of the debtor, under a trade or corporate name, or in association with others, as of the date of the subpoena or within 1 year prior thereto?

Yes:      No:

QUESTION NO. 4: As to each such box what is the exact designation of the lessees thereof, the date hired, the date discontinued, the names of those having access?

_____
_____
_____

QUESTION NO. 5: Do you hold collateral in which the debtor has or may have an interest?

Yes:      No:

QUESTION NO. 6: What is the description and value of each item of collateral? Please include it's description and value.

_____
_____
_____

QUESTION NO. 7: What interest does the debtor appear to have in each item of collateral?

_____
_____
_____

QUESTION NO. 8: Is the judgment debtor indebted to you?

Yes: _____      No: _____

QUESTION NO. 9: As to each indebtedness, what is the amount of the original indebtedness, the date incurred, amount repaid and date of such repayment?

_____
_____
_____

QUESTION NO. 10: Do you hold any lien, mortgage or otherwise, against property belonging to the debtor?

Yes:      No:

QUESTION NO. 11: What is the nature of each such lien, the full description of the property affected by the lien, the location and indemnity of the office of the filing or recording and full indexing information?

_____
_____
_____

QUESTION NO. 12: Are any of the assets of the debtor, in your possession or care, subject to liens, attachments or other encumbrances?

Yes: _____    No: _____

QUESTION NO. 13: What are the full details of the same in regard to each asset?

_____
_____
_____

QUESTION NO. 14: Do you have any other transactions with the debtor, directly or indirectly, as a result of which the debtor may now have, or may in the future become entitled to, money or credit?

Yes: _____    No: _____

QUESTION NO. 15: Has the debtor given you a statement of his financial condition?

Yes: _____    No: _____

QUESTION NO. 16: What assets are disclosed therein (or in the alternative supply a copy thereof)?

_____
_____
_____

QUESTION NO. 17: What is debtor's social security number and last place of employment?

_____
_____

Sworn to before me this

_____ day of _____, 20____

_____
Notary Public