File No. TA007892
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
_____x
Barclays Bank Delaware,
          Plaintiff,

-against-

Tyisha M Chancey

          Defendant.
_____x

Index No.: CV-006266-19/BX

**NOTICE OF ENTRY**

Please take notice that the within is a true copy of a(n) Judgment duly entered in the office of the Clerk of the CIVIL COURT OF THE CITY OF NEW YORK, County of BRONX, on December 7, 2024.

Dated: February 10, 2025

TENAGLIA & HUNT, P.A.
Counsel for the Plaintiff

By _____
Jason Kim
365 West Passaic St, Suite 405
Rochelle Park, NJ 07662
5 Penn Plaza, 23rd Floor
New York, NY 10001
(201) 820-6001

To:    Tyisha M Chancey
        870 Southern Blvd Apt 6k
        Bronx NY 10459-4557

NY9-Notice of Entry

File No. TA007892
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
_____x
Barclays Bank Delaware ,

                Plaintiff,

-against-                                        Index No.:  CV-006266-19/BX

Tyisha M Chancey                      **AFFIRMATION OF SERVICE**

                Defendant.
_____x

      Jason Kim, Esq. an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following to be true under penalties of perjury:

      1. I am not a party to the action, am over 18 years of age and I am associated with the firm of Tenaglia & Hunt, P.A. 365 West Passaic St, Suite 405, Rochelle Park, NJ 07662 and 5 Penn Plaza, 23rd Floor, New York, NY 10001.

      2. That today I served the within true copies of the Judgment with postage pre-paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New Jersey, properly addressed to defendant's last known address:

                                    Tyisha M Chancey
                                 870 Southern Blvd Apt 6k
                                 Bronx NY 10459-4557

Date: February 10, 2025

                                                                     *Jason Kim, Esq.*

NY9-Notice of Entry