

**RONALD MOSES**
**BADGE NO. 10**
# MARSHAL
CITY OF NEW YORK
111 JOHN STREET, SUITE 500
NEW YORK, NY 10038

Phone: (212) 349-4303
Fax:  (212) 349-4309

May 21, 2025

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF BRONX INDEX# CV-006266-19/BX

---

Judgment Creditor
**BARCLAYS BANK DELAWARE**

vs

Judgment Debtor

**CHANCEY, TYISHA M**

---

### CITY MARSHAL'S RETURN OF EXECUTION

The Execution in the above-captioned matter is hereby returned
<u>PARTIALLY SATISFIED</u>

<u>TO THE EXTENT OF</u> JUDGMENT:     3,732.02
INTEREST:     0.00

Marshal's Reference No.: R 106513

**RECEIVED**
AUG 1 8 2025
CIVIL COURT
BRONX COUNTY

**ENTERED**
NOV 14 2025
CIVIL COURT
BRONX COUNTY

RONALD MOSES
Marshal, City of New York
Badge No.10

**RECEIVED**
AUG 1 8 2025
CIVIL COURT
BRONX COUNTY

File No. TA007892
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

| Barclays Bank Delaware,<br><br>                    Plaintiff,<br><br>         -against-<br><br>Tyisha M Chancey<br>870 Southern Blvd Apt 6k<br>Bronx NY 10459-4557,<br><br>                    Defendant. | Index No.: CV-006266-19/BX<br><br>**EXECUTION WITH NOTICE TO GARNISHEE**<br><br>**PARTIALLY SATISFIED**<br>CITY MARSHAL RONALD MOSES<br>111 JOHN ST. STE. 800, N.Y., N.Y. 10038 |
|---|---|

K106513

## THE PEOPLE OF THE STATE OF NEW YORK

**TO THE SHERIFF OF ANY COUNTY OR ANY MARSHAL IN THE CITY OF NEW YORK, GREETING:**

  WHEREAS, in an action in the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX between the Plaintiff Barclays Bank Delaware , and the Defendant, Tyisha M Chancey 870 Southern Blvd Apt 6kBronx NY 10459-4557, the parties named in said action, a Judgment was entered in favor of Barclays Bank Delaware (the Judgment Creditor) and against Tyisha M Chancey870 Southern Blvd Apt 6kBronx NY 10459-4557(the Judgment Debtor), on December 7, 2024, in the amount of $5,040.96. The amount remains due and unpaid is **$5,040.96. There is no interest on this judgment.**

  **NOW, THEREFORE WE COMMAND** you to satisfy the said Judgment out of the real and personal property of the above-named Judgment Debtor and the debts due to him; and that only the property in which said Judgment Debtor who is not deceased has an interest or debts owed to him shall be levied upon or sold hereunder; AND TO RETURN this execution to the clerk of the above captioned court within 60 days after issuance unless service of this execution is made within that time or within extensions of that time made in writing by the attorney(s) for the Judgment Creditor.

  **Pursuant to CPLR 5205(1),** $3,425.00 of an account containing direct deposit or electronic payments reasonably identifiable as statutorily exempt payments, as defined in CPLR 5205(1)(2), is exempt from execution and the garnishee cannot levy upon or restrain $3,425.00 in such an account.

  **Pursuant to CPLR 5222(i),** an execution shall not apply to an amount equal or less than 90% of the greater of 240 times the federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938 or 240 times the state minimum hourly wage prescribed in Labor Law 652 as in effect at the time the earnings are payable, except such part as a court determines to be unnecessary for the reasonable requirements of the judgment debtor and his or her dependants.

**Notice to Garnishee:**
  To:

RECEIVED

APR 2 3 2025

Office of City Marshal
Ronald Moses

**WHEREAS**, it appears that you are indebted to the Judgment Debtor above named, or in possession of or custody of property not capable of delivery in which the Judgment Debtor has an interest, including, without limitation, the following specified debt and property: Restrained funds in a bank account.

**NOW, THEREFORE, YOU ARE REQUIRED** by section 5232(a) of the Civil Practice Law and Rules forthwith to transfer to the Sheriff all personal property not capable of delivery in which the Judgment Debtor is known or believed to have an interest now in or hereafter coming into your possession or custody including any property specified in this notice; and to pay to the Sheriff, upon maturity, all debts now due or hereafter coming due from you to the Judgment Debtor, including any debts specified in this notice; and to execute any documents necessary to effect such transfer or payment;

**AND TAKE NOTICE** that until such transfer or payment is made or until the expiration of 90 days after the service of this execution upon you or such further time as is provided by an order of the court served upon you whichever event first occurs, you are forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the Sheriff, except upon direction of the Sheriff or pursuant to an order of the Court;

**AND TAKE FURTHER NOTICE THAT** at the expiration of 90 days after a levy is made by service of this execution, or of such further time as the court upon motion of the Judgment Creditor has provided, this levy shall be void except as to property or debts which have been transferred or paid to the Sheriff or as to which a proceeding under sections 5225 or 5227 of the Civil Practice Law and Rules has been brought.

Dated: New York, New York
April 21, 2025

Tenaglia & Hunt, P.A.

By: *Sumera Shaikh*
Sumera S. Shaikh
Attorney for Plaintiff/ Judgment Creditor
365 West Passaic St, Suite 405
Rochelle Park, NJ 07662
5 Penn Plaza, 23rd Fl
New York, NY 10001
(201) 820-6001