

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 25, 2025 through May 27, 2025
Account Number: ____2572

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

01738805 DRE 802 219 14825 NNNNNNNNNN 1 000000000 18 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT. 6K
BRONX NY 10459



## SAVINGS SUMMARY    Chase Premier Savings

| | AMOUNT |
|---|---|
| Beginning Balance | $4,781.54 |
| Deposits and Additions | 0.03 |
| Other Withdrawals | -4,040.37 |
| **Ending Balance** | **$741.20** |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $0.45 |

The monthly service fee for this account was waived as an added feature of a linked Chase Premier Plus Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $4,781.54 |
| 05/01 | Coal-06Feb25-1029 | -4,040.37 | 741.17 |
| 05/27 | Interest Payment | 0.03 | 741.20 |
| | **Ending Balance** | | **$741.20** |

You earned a higher interest rate on your Chase Premier Savings account during this statement period because you had a qualifying Chase Premier Plus Checking account.



April 25, 2025 through May 27, 2025

Account Number: ▮▮▮▮▮▮▮▮2572

---

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For business accounts, our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC