**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX**
-----------------------------------------------------------------x

BARCLAYS BANK DELAWARE,
                    Plaintiff,

            v.

TYISHA M CHANCEY,
                    Defendant.
-----------------------------------------------------------------x

Index No. CV-006266-19/BX

**ORDER TO SHOW CAUSE TO CEASE ENFORCEMENT, RETURN FUNDS, AND MODIFY JUDGMENT**

UPON the annexed affidavit of TYISHA M CHANCEY and upon all papers and proceedings herein:

**Let the Plaintiff(s) or Plaintiff(s) attorney(s) show cause at:**
        **BRONX COUNTY CIVIL COURT**
        **851 GRAND CONCOURSE, BRONX NY 10451**
        **PART 34C, ROOM 504,**
        On 10|7|2025, 2025 AT 9:30 A.M. or as soon as the parties may be heard, why an order should not be made under CPLR 5240 to Cease or Modify Judgment Enforcement.

**PENDING the hearing of this Order to Show Cause and the entry of an Order, ALL proceedings on the part of Plaintiff(s), Plaintiff(s) attorney and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment are stayed (stopped) AND funds collected held in escrow.**

**SERVICE of a copy of this Order to Show Cause, and attached Affidavit in Support, shall be made on the (check all that apply):**

Plaintiff(s) or named attorney(s) by:
_ Personal Service by "In Hand Delivery"
_ Certified Mail, Return Receipt Requested
_ First Class Mail with Mailing Certificate

Sheriff or Marshal by:
_ Personal Service by "In Hand Delivery"
_ Certified Mail, Return Receipt Requested
_ First Class Mail with Mailing Certificate

On or before 9|10|25, 2025, and shall be deemed good and sufficient service. PROOF OF SUCH SERVICE must be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

Dated: 9|3|25

_____
Judge signature
**HON. DAWN GUGLIELMO**

*Pro se papers prepared with the assistance of counsel admitted in New York.*

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX**
------------------------------------------------------------x

BARCLAYS BANK DELAWARE,
                          Plaintiff,

                    v.

TYISHA M CHANCEY,
                          Defendant.
------------------------------------------------------------x

Index No. CV-006266-19/BX

**AFFIRMATION IN SUPPORT OF ORDER TO SHOW CAUSE TO CEASE ENFORCEMENT, RETURN FUNDS, AND MODIFY JUDGMENT**

TYISHA M CHANCEY, affirms under penalty of perjury and pursuant to CPLR § 2106:

1.       I am the *pro se* defendant named in this case. I received assistance from The Legal Aid Society in order to prepare this affirmation, but I remain unrepresented in this matter. All statements of fact are made based on my personal knowledge or where stated based on information and belief. Statements of law were prepared by The Legal Aid Society.

2.       I am seeking to amend the judgment against me because Plaintiff appears to be enforcing a judgment against me for a higher amount than the amount it is entitled to take from me by court-ordered stipulation, without sending me the Notice required by the stipulation.

### Statement of Facts

3.       Plaintiff filed a Summons and Complaint on April 3, 2019 seeking $4,940.96 with costs.

4.       In court on October 2, 2019, I entered into a stipulation to settle the case with Plaintiff for the full amount it was seeking payable at $25 per month. *See* Exhibit A. I did not realize that this stipulation meant giving Plaintiff everything it was seeking in exchange for giving up all my defenses, but I agreed to it because I felt I had no other option and thought that paying down the debt would reduce the amount of the debt Plaintiff could collect from me.

5.       Paragraph 7 of the stipulation states that in the event of a default, after sending a 10 day notice to cure, Plaintiff is entitled to a judgment "less any payments already received." *See* Exhibit A.

6.       Pursuant to this stipulation, I paid Plaintiff $150. Exhibit B.

7.       Plaintiff then violated its own terms in two ways.

8.       First, I never received a notice of default, even though Plaintiff's own stipulation requires it. *See* Exhibit A.

*Pro se papers prepared with the assistance of counsel admitted in New York.*

9.    Then, on December 7, 2024, judgment was entered against me for $5,040.96—the full $4,940.96 Plaintiff sued me for plus costs, even though Plaintiff's own stipulation states judgment would be entered for $4,940.96 less any payments made. *See* Exhibit C.

10.    Further, my bank account should not be frozen at all because the funds in my bank account are deposits from exempt sources. *See* Exhibit D.

11.    I received unemployment insurance benefits between 2020 and 2021 via direct deposit into my checking account ending in 2265. I regularly transferred funds from this account to a secondary checking account ending in 7961. I also received child support arrears owed to me via pre-paid card in 2024. I transferred these funds into my savings account, which is currently frozen. Therefore, the frozen funds originate from exempt sources. *See* Exhibit D.

### Statements of Law

12.    Upon information and belief and based on the information in the paragraphs below were provided to me by an attorney admitted to the NYS Bar.

13.    Under the law CPLR § 5240, "The court may at any time, on its own initiative or the motion of any interested person, and upon such notice as it may require, make an order denying, limiting, conditioning, regulating, extending or modifying the use of any enforcement procedure."

14.    ""'. . .CPLR 5240 grants the courts broad discretionary power to control and regulate the enforcement of a money judgment under article 52 to prevent 'unreasonable annoyance, expense, embarrassment, disadvantage, or other prejudice to any person or the courts.' " *Plymouth Venture Partners, II, LP v. GTR Source*, LLC, 27 N.Y.3d 591, 600 (2021) (*quoting Guardian Loan Co., Inc. v. Early*, 47 N.Y.2d 515, 519 (1979)).

15.    As a result, under CPLR 5240, the court is allowed to "craft flexible and equitable responses to claims that arise with respect to enforcement of valid money judgments." *Id.* at 601. *See also Lew v Sobel*, 192 AD3d 799, 800 [2d Dept 2021] (CPLR 5240 gives courts "broad discretionary power to alter the use of procedures set forth in CPLR article 52"); *JPMorgan Chase Bank, N.A. v Motorola, Inc.*, 47 AD3d 293, 312 [1st Dept 2007] (judgment enforcement denied to avoid injustice of expecting debtor to pay twice); *Greate Bay Hotel & Casino v Chan*, 239 AD2d 295, 295 [1st Dept 1997] (vacatur of restraint proper where payments not credited).

16.    Without a legal determination to cease judgment enforcement, reduce the balance owed and/or require the return of funds, it appears that there is nothing to legally prevent Plaintiff from extracting thousands more from Defendant than the amount established by the terms of Plaintiff's own court-ordered stipulation.

17.    If the supposed agreement between the parties—drafted by counsel for Plaintiff, a debt collector—allowed Plaintiff to obtain and enforce a judgment for decades far exceeding the agreed-to amount without crediting my payments, then the ostensible agreement either does not exhibit a meeting of the minds, or is arguably so unfair, one-sided, and oppressive as to be void for unconscionability.

18.    Further, funds from unemployment and child support are funds intended by statute not to be subject to judgment enforcement. *See* CPLR § 5205.

19.    Where exempt income is deposited into an account, even after withdrawals of money in the account, the funds remaining in the account are assumed to be exempt, under the Lowest Intermediate Balance Principle. *See* CPLR § 5222-a(c)(4).

20.    Where an account contains some funds deposited or transferred from exempt sources, the judgment creditor shall apply the lowest intermediate balance principle of accounting in which exempt funds are the last funds to leave the account. *U.S. Equities Corp. v Casellas*, 72 Misc 3d 874 [Civ Ct NY Cnty, 2021] (*citing Arias v Gutman, Mintz, Baker & Sonnenfeldt LLP*, 875 F3 128, 132 n 2 [2d Cir 2017]).

21.    Because Plaintiff violated the terms of its own stipulation, in which I agreed to waive all of my defenses in exchange for payment reducing the balance with notice before entry of default, and because the funds in my account are from exempt sources, I am asking the court to modify enforcement of the judgment against me as follows:

    a.    to release my bank account and return all funds collected;

    b.    to cease enforcement because Plaintiff violated the stipulation of settlement by (1) obtaining a judgment for more funds than it was entitled to and (2) failing to provide me with a Notice of Default prior to freezing my bank account;

    c.    and all other relief the Court deems, fair, just and equitable under CPLR § 5240.

*Pro se papers prepared with the assistance of counsel admitted in New York.*

Pursuant to CPLR § 2106, I affirm this day of _Sept. 3_____, 2025, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
TYISHA M CHANCEY

Exhibit A

Settlement Agreement

CITY COURT
COUNTY OF BRONX   PART 11C
----------------------------------------------------------x      STATE OF NEW YORK
Barclays Bank Delaware
                          Plaintiff,                            Index No.: CV- 06266 /BX

        -against-                                               STIPULATION OF SETTLEMENT

                          Defendant,
Tyisha M Chauncey
----------------------------------------------------------x

FILED
OCT 02 2019
CIVIL COURT
BRONX COUNTY

It is hereby stipulated and agreed by and between the parties that the above case is settled for the sum of $4,940.96 at $25 per month, to be paid on the following terms:

1. Defendant agrees to make first payment of $ 25 on or before 10/28/2019.

2. Each subsequent payment of $ 25 to be made on or before the 28th of each successive Month

3. Any payment received above the monthly amount due will be credited but does not relieve the defendant from making future monthly payments in accordance with the terms set forth above.

4. No interest is to accrue provided there is no default payment under the terms of this agreement.

5. All payments are to be made payable to **Tenaglia & Hunt, P.A. 395 W. Passaic Street, Suite 205, Rochelle Park, NJ 07660** and sent via U.S. Mail. (Please put Index # on Memo Line)

6. This stipulation of settlement shall be filed with the court. Defendant waives objections to service of process and consents to the jurisdiction of the court.

7. In the event of default, a 10 day notice to cure such default will be mailed by ordinary mail to the Defendant at his last known address and if such default remains uncured for ten (10) days from date of mailing, then Plaintiff shall file a motion for default judgment against the Defendant in the amount listed within the complaint, plus costs if any, disbursements, and interest, less any payments already received. (Should the defendant move, it is his/her obligation to notify Plaintiff's counsel within 10 days.)

8. Upon full payment by Defendant in accordance with the terms of this stipulation of settlement, Plaintiff shall file a notice of discontinuance with the court and will mail a copy of same to the defendant within 30 days.

Tyisha Chauncey
870 Southern Blvd #6a
Bronx, Ny, 10459

Martin J. Leahy, Esq.
(Print)

Tenaglia & Hunt, P.A.
Attorneys for Plaintiff
395 W. Passaic Street, Suite 205
Rochelle Park, NJ 07660

SO ORDERED
J.C.C.
HON. BRENDA L. RIVERA
OCT 0 2 2019

SO ORDERED: _____          Date: 2019-12-2

*Pro se papers prepared with the assistance of counsel admitted in New York.*

Exhibit B

Payments

# CHASE ⬤

## Terms and Conditions:

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to
  sign the instrument immediately upon purchase
    - Failure to do so will result in the sender/drawer bearing
      the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned"
  if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
    - Sender/Drawer can place a stop payment on an unpaid Money Order
    - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY        Customer Copy

**MONEY ORDER**                                    1567125085

04/01/2020

**Pay To The
Order Of:** _____        $** 25.00 **

**Pay:**        TWENTY FIVE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000 00

Memo: ......................................................................        NON NEGOTIABLE
Note  For information only  Comment has no effect on bank's payment.        SENDER/DRAWER

*Pro se papers prepared with the assistance of counsel admitted in New York.*



**Terms and Conditions:**

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to
  sign the instrument immediately upon purchase
  - Failure to do so will result in the sender/drawer bearing
    the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned"
  If this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
  - Sender/Drawer can place a stop payment on an unpaid Money Order
  - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy

**MONEY ORDER**                                    9805901011

                                          01/14/2020

Pay To The
Order Of:     _Tenaglia & Hunt_____          $** 25.00 **

Pay:          TWENTY FIVE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

Memo _____          NON NEGOTIABLE
Note. For information only. Comment has no effect on bank's payment.          SENDER/DRAWER

*Pro se papers prepared with the assistance of counsel admitted in New York.*

# CHASE 

### Terms and Conditions:

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to
  sign the instrument immediately upon purchase
    - Failure to do so will result in the sender/drawer bearing
      the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned"
  if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
    - Sender/Drawer can place a stop payment on an unpaid Money Order
    - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order
  or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**        **Customer Copy**

## MONEY ORDER

9800619505

12/18/2019

**Pay To The
Order Of:** _____        $** 25.00 **

**Pay:**    TWENTY FIVE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

## NON NEGOTIABLE

Memo .......................................................................................
Note  For information only  Comment has no effect on bank's payment.        SENDER/DRAWER

# CHASE 

## Terms and Conditions:

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to
  sign the instrument immediately upon purchase
    - Failure to do so will result in the sender/drawer bearing
      the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned"
  if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
    - Sender/Drawer can place a stop payment on an unpaid Money Order
    - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy

**MONEY ORDER**

9800619383

11/20/2019

Pay To The
Order Of: _____

Pay:        TWENTY FIVE DOLLARS AND 00 CENTS                    ** 25.00 **

NOT VALID FOR MORE THAN $1000 00

Memo. ...........................................................          NON NEGOTIABLE
Note  For information only  Comment has no effect on bank's payment.          SENDER/DRAWER

*Pro se papers prepared with the assistance of counsel admitted in New York.*



**Terms and Conditions:**

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to
  sign the instrument immediately upon purchase
  - Failure to do so will result in the sender/drawer bearing
    the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned"
  if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
  - Sender/Drawer can place a stop payment on an unpaid Money Order
  - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order
  or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**          **Customer Copy**

**MONEY ORDER**                                  1567124333

                                        10/17/2019

**Pay To The
Order Of:**  _____  $** 25.00 **

**Pay:**      TWENTY FIVE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000 00

                                        **NON NEGOTIABLE**

Memo: ....................................................    SENDER/DRAWER
Note. For information only  Comment has no effect on bank's payment

*Pro se papers prepared with the assistance of counsel admitted in New York.*

# CHASE 

## Terms and Conditions:

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to
  sign the instrument immediately upon purchase
    - Failure to do so will result in the sender/drawer bearing
      the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned"
  if this Money Order is not cashed by a certain time
* Placing a Stop Payment on a Money Order
    - Sender/Drawer can place a stop payment on an unpaid Money Order
    - Please visit a Chase Branch to place a stop and have the item re-issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Money Order
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          **Customer Copy**

**MONEY ORDER**                                    1567125086

                                        04/01/2020

Pay To The
Order Of: _____        $** 25.00 **

Pay:        TWENTY FIVE DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

Memo: _____          **NON NEGOTIABLE**
Note: For information only. Comment has no effect on bank's payment.    SENDER/DRAWER

---

*Pro se papers prepared with the assistance of counsel admitted in New York.*

Exhibit C

Judgment

Bronx County Civil Court
Civil Judgment

Plaintiff(s):
 Barclays Bank Delaware

vs.

Defendant(s):
 Tyisha M Chancey

Index Number:  CV-006266-19/BX

Judgment issued:  On Default

On Motion of:

Tenaglia & Hunt, P.A.
395 W. Passaic Street, Suite 205, Rochelle
Park, NJ 07662

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $4,940.96 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $125.00 | Consumer Credit Fee | $95.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest | $0.00 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |
| **Total Damages** | **$4,815.96** | **Total Costs & Disbursements** | **$225.00** | **Judgment Total** | **$5,040.96** |

Post-judgment interest shall be 9% pursuant to NY CPLR §5004(a), except where otherwise provided by statute.

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

 (1) Barclays Bank Delaware
 125 S West Street, Wilmington, DE 19801

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

 (1) Tyisha M Chancey
 870 Southern Blvd, Apt 6k, Bronx, NY 10459-4557

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK
in the total amount of **$5,040.96 on 12/07/2024 at 10:41 AM.**

Judgment sequence 1

*Tanya Faye*

Tanya Faye, Acting Chief Clerk

*Pro se papers prepared with the assistance of counsel admitted in New York.*

Exhibit D

Accounting of Exempt Funds

NYS Department of Labor (DOL) Unemployment Insurance Benefits (UIB)- Deposit and Transfer History

| Date | Description | Receiving Acct | Amount | Transferred to Acct |
|---|---|---|---|---|
| 5/19/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 5/19/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 5/20/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 5/20/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 5/27/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 5/27/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 6/3/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 6/3/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 6/8/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 6/8/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 6/8/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 6/8/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 6/8/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 6/8/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 6/8/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 6/8/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 6/8/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 6/8/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 6/8/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 6/9/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 6/9/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 6/16/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 6/16/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 6/23/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 6/23/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 6/30/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 6/30/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 7/8/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 7/8/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 7/16/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 7/16/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 7/22/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 7/22/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 7/29/2020 | NYS DOL UIB | 2265 | $ 600.00 | 7961 |
| 7/29/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 8/4/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 8/11/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 8/18/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 8/25/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 9/2/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 9/9/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 9/15/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 9/18/2020 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 9/18/2020 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 9/18/2020 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 9/22/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 9/23/2020 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |

*Pro se papers prepared with the assistance of counsel admitted in New York.*

| Date | Description | Receiving Acct | Amount | Transferred to Acct |
|---|---|---|---|---|
| 9/24/2020 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 9/25/2020 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 9/29/2020 | NYS DOL UIB | 2265 | $ 192.00 | 7961 |
| 10/14/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 10/20/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 10/27/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 11/5/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 11/10/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 11/17/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 11/24/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 12/1/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 12/8/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 12/15/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 12/22/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 12/29/2020 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 1/5/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 1/5/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 1/12/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 1/12/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 1/20/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 1/20/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 1/26/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 1/26/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 2/2/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 2/2/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 2/9/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 2/9/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 2/17/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 2/17/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 2/23/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 2/23/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 3/2/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 3/2/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 3/9/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 3/9/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 3/16/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 3/16/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 3/23/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 3/24/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 3/30/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 3/30/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 4/7/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 4/7/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 4/13/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 4/13/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 4/20/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 4/20/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |
| 4/27/2021 | NYS DOL UIB | 2265 | $ 300.00 | 7961 |
| 4/27/2021 | NYS DOL UIB | 2265 | $ 182.00 | 7961 |

*Pro se papers prepared with the assistance of counsel admitted in New York.*

| Date | Description | Receiving Acct | | Amount | Transferred to Acct |
|---|---|---|---|---|---|
| 5/4/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 5/4/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 5/11/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 5/11/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 5/18/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 5/18/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 5/25/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 5/25/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 6/2/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 6/2/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 6/8/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 6/8/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 6/23/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 6/23/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 6/29/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 6/29/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 7/7/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 7/7/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 7/13/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 7/13/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 7/20/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 7/20/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 8/16/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 8/16/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 8/16/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 8/16/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 8/16/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 8/16/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 8/17/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 8/17/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 8/24/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 8/24/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 8/31/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 8/31/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| 9/8/2021 | NYS DOL UIB | 2265 | $ | 300.00 | 7961 |
| 9/8/2021 | NYS DOL UIB | 2265 | $ | 182.00 | 7961 |
| | | Total transferred: | $ | 36,218.00 | |
| | | | | | |
| 11/9/2021 | NYS DOL UIB | 7961 | $ | 5,000.00 | 1879 |
| 11/15/2021 | NYS DOL UIB | 7961 | $ | 10,000.00 | 1879 |
| 1/19/2022 | NYS DOL UIB | 7961 | $ | 5,000.00 | 1879 |
| | | Total transferred: | | $15,000.00 | |

*Pro se papers prepared with the assistance of counsel admitted in New York.*

F.C.A. §§ 413, 416. 433, 438, 439, 440, 442, 443, 471, Art. 5-B

1 6    2022

At a term of the Family Court of the
State of New York, held in and for
the County of Bronx, at 900 Sheridan
Avenue, Bronx, NY 10451, on July
17, 2024

**PRESENT:**    Joel Serrano, Support Magistrate

In the Matter of a **Support** Proceeding

Tyisha M. Chancey, SSN: XXX-XX-7345,

                                    Petitioner,

    - against -

Randy D.D Brunson,

                                Respondent.

File #:    276519

Docket #:  F-36276-23

CSMS #:  PC71046F1

**TEMPORARY ORDER OF
SUPPORT
BY DEFAULT[1]**

NOTICE: YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY RESULT
IN INCARCERATION FOR CRIMINAL NON-SUPPORT OR CONTEMPT
YOUR FAILURE TO OBEY THIS ORDER MAY RESULT IN SUSPENSION OF
YOUR DRIVER'S LICENSE, STATE-ISSUED PROFESSIONAL, TRADE,
BUSINESS AND OCCUPATIONAL LICENSES AND RECREATIONAL AND
SPORTING LICENSES AND PERMITS; AND IMPOSITION OF REAL OR
PERSONAL PROPERTY LIENS.

### Obligation Summary

|  | Tyisha M. Chancey | Randy D.D Brunson | Method |
|---|---|---|---|
| Basic Payment |  | $850.00 monthly | SCU |

    Tyisha M. Chancey filed a petition in this Court on November 20, 2023 alleging that
Randy D.D Brunson is chargeable with the support of the following:

| Name | Date of Birth | Social Security Number |
|---|---|---|
| ▇▇▇▇▇▇ | ▇▇▇▇▇▇ |  |

    Randy D.D Brunson failed to appear before this Court or to answer the petition after
having been properly served;

    Randy D.D Brunson's current employer is unknown;

    NOW, after examination and inquiry into the facts and circumstances of the case,

---

[1] If you were not in Court for the hearing, any challenge or objection to this Order may be
limited to the filing of a Motion to Vacate the Order.

*Pro se papers prepared with the assistance of counsel admitted in New York.*

Page 2 of 2
Docket No. F-36276-21
I.6

IT IS HEREBY ORDERED that upon notice of this order, Randy D.D Brunson shall pay the sum of $850.00 monthly to Tyisha M. Chancey payable through the Support Collection Unit, such payments to commence on August 15, 2024;

IT IS FURTHER ORDERED that all payments payable through the Support Collection Unit shall be made by check or money order payable to and mailed to: NYS Child Support Processing Center, PO Box 15363, Albany, NY 12212-5363. The county name and New York Case Identifier number (CSMS #PC71046F1) for the matter must be included with the payment for identification purposes;

IT IS FURTHER ORDERED that the payor, custodial party and any other individual parties immediately notify the Support Collection Unit of any changes in the following information: residential and mailing addresses, social security number, telephone number, driver's license number; and name, address and telephone numbers of the parties' employers;

IT IS FURTHER ORDERED that this Order shall be enforceable pursuant to Section 5241 or 5242 of the Civil Practice Law and Rules, or in any other manner provided by law.

**Please be advised that your next scheduled appearance is on September 23, 2024 at 9:30 AM in Part 29 before Joel Serrano, Support Magistrate.**

Dated: July 17, 2024                          ENTER

_____
Joel Serrano, Support Magistrate

Check applicable box:
☐ Order mailed on [specify date(s) and to whom mailed]: _____
☐ Order received in court on [specify date(s) and to whom given]: _____

_Pro se papers prepared with the assistance of counsel admitted in New York._

At a term of the Family Court of the
State of New York, held in and for
the County of Bronx, at 900 Sheridan
Avenue, Bronx, NY 10451, on
November 25, 2024

PRESENT:   Joel Serrano, Support Magistrate

In the Matter of a Support Proceeding

Tyisha M. Chancey, SSN  XXX-XX-7345,
Petitioner.

- against -

Randy D.D Brunson,
Respondent.

File #:   276519
Docket #:  F-36276-23

CSMS #:   PC71046F1

**ORDER OF SUPPORT
ARREARS ONLY
ON CONSENT**

NOTICE: YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY RESULT
IN INCARCERATION FOR CRIMINAL NON-SUPPORT OR CONTEMPT.
YOUR FAILURE TO OBEY THIS ORDER MAY RESULT IN SUSPENSION OF
YOUR DRIVER'S LICENSE, STATE-ISSUED PROFESSIONAL, TRADE,
BUSINESS AND OCCUPATIONAL LICENSES AND RECREATIONAL AND
SPORTING LICENSES AND PERMITS; AND IMPOSITION OF REAL OR
PERSONAL PROPERTY LIENS.

SPECIFIC WRITTEN OBJECTIONS TO THIS ORDER MAY BE FILED WITH
THIS COURT WITHIN 30 DAYS OF THE DATE THE ORDER WAS RECEIVED
IN COURT OR BY PERSONAL SERVICE, OR IF THE ORDER WAS RECEIVED
BY MAIL, WITHIN 35 DAYS OF THE MAILING OF THE ORDER

**Obligation Summary**

|  | Tyisha M. Chancey | Randy D.D Brunson | Method |
|---|---|---|---|
| Arrears |  | $2,609.78 | SCU |

Tyisha M. Chancey filed a petition in this Court on November 20, 2023 alleging that
Randy D.D Brunson is chargeable with the support of the following:

| Name | Date of Birth | Social Security Number |
|---|---|---|
| ███████████ | ███████████ | |

Randy D.D Brunson appeared before this Court to answer the petition, and the
unrepresented parties, if any, were advised by the Court of the right to counsel;

NOW, after examination and inquiry into the facts and circumstances of the case, and
after hearing the proofs and testimony offered in relation thereto, and upon consent of the parties;

*Pro se papers prepared with the assistance of counsel admitted in New York.*

Pg. ...
Do. Rej ...

The court finds that Randy D.D Brunson is responsible under this order for the support of

| Name | Date of Birth |
|------|---------------|
| ██████████████ | ██████████████ |

     IT IS HEREBY ORDERED AND ADJUDGED that Randy D.D Brunson's arrears to Tyisha M. Chancey as of November 18, 2024 is $2,609.78 for basic payment.

     IT IS FURTHER ORDERED that the above-stated amount is to be paid as follows: Randy D.D Brunson shall make payments of $946.00 monthly commencing on December 11, 2024, to Tyisha M. Chancey payable through the Support Collection Unit.

     IT IS FURTHER ORDERED that all payments payable through the Support Collection Unit shall be made by check or money order payable to and mailed to: NYS Child Support Processing Center, PO Box 15363, Albany, NY 12212-5363. The county name and account number (CSMS #PC71046F1) for the matter must be included with the payment for identification purposes:

     IT IS FURTHER ORDERED that this Order shall be enforceable pursuant to Section 5241 or 5242 of the Civil Practice Law and Rules, or in any other manner provided by law;

     **IT IS FURTHER ORDERED that on consent, the parties agree that effective November 18, 2024 the Support Collection Unit shall set the arrears to $2609.78;**

     **IT IS FURTHER ORDERED that the payments shall be made through the Support Collection Unit at $946 monthly. The next payment is due December 11, 2024.**

Dated: November 25, 2024        ENTER

_____

**Joel Serrano, Support Magistrate**

Check applicable box:
☐ Order, based on [specify date(s) and to whom mailed] _____
☐ Order, rendered in court on [specify date(s) and to whom given] _____

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

In the Matter of a **Support** Proceeding

Tyisha M. Chancey

Petitioner,

- against -

Randy D.D Brunson,

Respondent

File #:    276819
Docket #:  F-362/76-23

CSMS #:    PC 710461 1

**FINDINGS OF FACT**

Joel Serrano, being the Support Magistrate before whom the issues of support in the above-entitled proceeding were assigned for determination, makes the following findings of fact

Tyisha M. Chancey filed a petition on November 20, 2023 seeking to establish support for the following child

| Name | Date of Birth |
|------|---------------|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

The following child resides with Tyisha M. Chancey: Dimiere DC Brunson

Randy D.D Brunson is liable for the support of the above named child by virtue of Acknowledgment of Paternity

Tyisha M. Chancey has submitted the following proof of income, expenses, and or support of others' oral stipulation  Randy D D Brunson has submitted the following proof of income, expenses, and or support of others' oral stipulation  An itemization of income and deductions of the parents and calculation of pro rata shares is annexed as Appendix A

The basic child support obligation for support of the following child is $1,129 00 monthly

| Name | Date of Birth |
|------|---------------|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

Tyisha M. Chancey is the custodial party, whose pro rata share of the basic child support obligation is $183.00 monthly

Randy D D Brunson is the non-custodial party, whose pro rata share of the basic child support obligation is $946 00 monthly

The court has determined that child support shall be paid by Randy D D Brunson to Tyisha M. Chancey in the amount of $946 00 monthly

Randy D D Brunson's pro rata share of the basic child support obligation is neither unjust nor inappropriate

*Pro se papers prepared with the assistance of counsel admitted in New York.*

Docket No: [illegible]
[illegible]

The arrears total $3,786.70. They consist of $6,966.70 for basic payment as of November 25, 2024 and a credit of $3,180.00 for basic payment as of November 25, 2024.

On November 25, 2024, the parties appeared, waived counsel, and were allocuted.

Based upon the answers from the respondent and petitioner to the questions asked by the Court, the Court determines that the parties have knowingly, intelligently and voluntarily agreed to the proposed order and waived their right to a hearing in this matter.

Accordingly, on consent, the parties agree that effective November 18, 2024 SCU shall set the arrears to $2609.78. It is further ordered, payments shall be made through the Support Collection Unit at $946 monthly. The next payment is due December 11, 2024.

Dated: November 25, 2024

_____

Joel Serrano, Support Magistrate

Ver 01/1/

# New York City Office of Child Support Enforcement
## Account Statement

| | | | |
|---|---|---|---|
| **Statement Date:** | 11/18/24 | **Review Period Begin Date:** | 07/16/24 |
| **Custodial Parent:** | Chancey, Tyisha M | **Review Period End Date:** | 11/18/24 |
| **Noncustodial Parent:** | Brunson, Randy D | **NY Case Identifier:** | PC/1046F1 |
| **Court Name:** | Family Court of the State of New York, Bronx County | **Hearing Part:** | 29 |
| **Unit Name:** | NYC HUMAN RESOURCES ADMINISTRATION,OU=THE CITY OF NEW YORK,THE CITY OF NEW YORK | **Hearing Date:** | 11/25/24 |
| **Docket Number:** | F-36276-23 | **TA Status:** | NON PA |
| | | **Prepared By:** | Beata Gawrys |

## I. Support Obligation Information

### A) Current Support Ordered Since Order Made or Arrears Set

Date Last Order Issued          07/17/24

| | From | To | Support Obligation | Per | Number of Support Obligations | | Amount Due |
|---|---|---|---|---|---|---|---|
| 1) | 08/15/24 | 11/15/24 | $850.00 | MONTH | 4 | = | $3,400.00 |
| | | | | | | | **Total Due** |
| **Total Current Support Ordered** | | | | | | | $3,400.00 |

### B) Support Arrears

| | |
|---|---|
| **Total Support Arrears** | $0.00 |

| | |
|---|---|
| **Grand Total Due (Before Deduction of Payments)** | $3,400.00 |

SEE PAGE 2 FOR
PAYMENTS DURING THE
REVIEW PERIOD
NEXT 3 PAYMENTS DUE      Sunday,December 15,2024      Wednesday,January 15,2025      Saturday,February 15,2025
ON

*Pro se papers prepared with the assistance of counsel admitted in New York.*

Ver 07-17

## Payment History

Statement Date:      11/18/24

Custodial Parent/Obligee: Chancey, Tyisha M

Noncustodial Parent/Obligor: Brunson, Randy D

Review Period Begin Date:  07/16/24

Review Period End Date:    11/18/24

NY Case Identifier:        PC/1046F-1

Payments Made During the Review Period

### PAYMENT DESCRIPTION

| Date Credited | Amount |
|---|---|
| 11/14/2024 | $588.46 |
| 11/14/2024 | $588.46 |

Total                                          $1,176.92

Total Payments                                 $1,176.92

Page 5 of 5

*Pro se papers prepared with the assistance of counsel admitted in New York.*



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 24, 2020 through May 26, 2020
Account Number: ██████2265



00002389 DRI 802 219 14820 NNNNNNNNNNN  1 000000000 17 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459-4557

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## COVID 19 Update: We're here for you

We urge you to use the Chase Mobile®1 app and chase.com to do your everyday banking anytime, like checking on transactions and making payments. You can also use the Chase Mobile app to deposit checks.

We've temporarily adjusted phone and branch service hours and closed some locations. To find open branches, updated hours, nearby ATMs and for details on how to access your safe deposit box, go to the Chase Mobile app and **chase.com/branch**.

See ways we can help at **chase.com/StayConnected**.

[1] Chase Mobile® app is available for select mobile devices. Enroll in Chase Online℠ or on the Chase Mobile app. Message and data rates may apply.

## We want to remind you about the overdraft service options that are available for your personal checking account(s)

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at **chase.com/overdraft-services**.

If you have questions, please call us at the number on your statement. We accept operator relay calls.

## CHECKING SUMMARY | Chase Premier Checking



| | AMOUNT |
|---|---|

Annual Percentage Yield Earned This Period          0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

# CHASE ⬤

April 24, 2020 through May 26, 2020
Account Number:　　　　2265

## DEPOSITS AND ADDITIONS



| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/19 | Nys Dol Ui Dd.　Ui Dd | PPD ID: 146013200U | 600.00 |
| 05/19 | Nys Dol Ui Dd　Ui Dd | PPD ID: 146013200U | 182.00 |
| 05/20 | Nys Dol Ui Dd　Ui Dd | PPD ID: 146013200U | 600.00 |
| 05/20 | Nys Dol Ui Dd　Ui Dd | PPD ID: 146013200U | 182.00 |

**CHASE** ⬡

April 24, 2020 through May 26, 2020
Account Number:                 2265

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 05/08 Online Transfer | |
| | | 200.00 |
| | 05/19 05/19 Online Transfer To Chk ...7981 Transaction# | 700.00 |
| | 05/20 05/20 Online Transfer | |
| | 05/20 05/20 Online Transfer To Chk ...7981 Transaction# | 400.00 |



| **Total Electronic Withdrawals** | | **$1,985.35** |

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 27, 2020 through June 23, 2020

Account Number:                   2265



00002966 DRI 802 219 17620 NNNNNNNNNNN  1 000000000 17 0000

TYISHA M CHANCEY
870 SOUTHERN BLVD
APT. 6K
BRONX NY 10459-4557

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

**We updated the Funds Availability Policy in the Deposit Account Agreement**

We increased the minimum amount of funds that we make available to you the next business day when you deposit a check. For more information, please see the Funds Availability Policy in the Deposit Account Agreement at chase.com/disclosures.

Please call the number on your statement if you have questions. We accept operator relay calls.

## CHECKING SUMMARY | Chase Premier Checking



Annual Percentage Yield Earned This Period          0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/27 | Reversal: Adidas 178-14015000 SC 05/26/2020 | 05/26  Claimid: 724546093090001 | $70.14 |
| 05/27 | Nys Dol Ui Dd    Ui Dd          PPD ID: 146013200U | | 600.00 |
| 05/27 | Nys Dol Ui Dd    Ui Dd          PPD ID: 146013200U | | 192.00 |



CHASE

May 27, 2020 through June 23, 2020

Account Number: ████████ 52265

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|---|---|---|--------|
| 06/03 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 600.00 |
| 06/03 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 192.00 |
| 06/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 600.00 |
| 06/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 600.00 |
| 06/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 600.00 |
| 06/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 600.00 |
| 06/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 600.00 |
| 06/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 192.00 |
| 06/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 192.00 |
| 06/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 192.00 |
| 06/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 192.00 |
| 06/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 192.00 |
| 06/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 192.00 |
| 06/09 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 600.00 |
| 06/09 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 192.00 |
| 06/16 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 600.00 |
| 06/16 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 192.00 |

# CHASE ⬡

May 27, 2020 through June 23, 2020

Account Number: ████ 2265

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|---|---|---|--------|
| 06/23 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 600.00 |
| 06/23 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 192.00 |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



CHASE ⬡

May 27, 2020 through June 23, 2020
Account Number:                    2265

## ATM & DEBIT CARD WITHDRAWALS (continued)

DATE    DESCRIPTION                                                                                     AMOUNT

## ELECTRONIC WITHDRAWALS

DATE    DESCRIPTION                                                                                     AMOUNT

## OTHER WITHDRAWALS

DATE    DESCRIPTION                                                                                     AMOUNT

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 24, 2020 through July 23, 2020

Account Number: 2265



00002449 DRI 802 219 20620 NNNNNNNNNNN  1 000000000 17 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459-4557

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Premier Checking

AMOUNT



Annual Percentage Yield Earned This Period          0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 06/30 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 600.00 |
| 06/30 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 192.00 |

# CHASE 

June 24, 2020 through July 23, 2020

Account Number: ████████ 2265

## DEPOSITS AND ADDITIONS | *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/08 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 600.00 |
| 07/08 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 192.00 |
| 07/16 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 600.00 |
| 07/16 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 192.00 |
| 07/22 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 600.00 |
| 07/22 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 192.00 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 9015 ^ | | 06/25 | $25.00 |
| **Total Checks Paid** | | | **$25.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

**CHASE ○**

June 24, 2020 through July 23, 2020
Account Number: ████████ 2265

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

# CHASE ◯

June 24, 2020 through July 23, 2020

Account Number: ███████2265

## ELECTRONIC WITHDRAWALS (continued)

DATE    DESCRIPTION    AMOUNT



| 07/16 | 07/16 Online Transfer To Chk ...7991 Transaction#: 9954168852 | 400.00 |
| 07/16 | 07/16 Online Transfer To Chk ...7991 Transaction#: 9955683911 | |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $68.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

**Total Refunds for Overdraft or Returned Item Fees Identified above:**    $.00    $68.00

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 24, 2020 through August 25, 2020

Account Number: ▮▮▮▮▮2265

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00002468 DRI 802 219 23920 NNNNNNNNNNN  1 000000000 17 0000

TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459-4557

## CHECKING SUMMARY    Chase Premier Checking



AMOUNT

Annual Percentage Yield Earned This Period                      0 00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS



| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/29 | Payment Received    07/29 Cash App Cash Out Visa Direct CA Card 4856 | | 20.00 |
| 07/29 | Nys Dol Ui Dd    Ui Dd    PPD ID: 146013200U | | 600.00 |
| 07/29 | Nys Dol Ui Dd    Ui Dd    PPD ID: 146013200U | | 192.00 |

# CHASE ⬡

July 24, 2020 through August 25, 2020

Account Number: ▮▮▮▮▮▮2265

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 08/04 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 192.00 |
| 08/11 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 192.00 |
| 08/18 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 192.00 |

# CHASE ○

July 24, 2020 through August 25, 2020

Account Number: ████████ 2265

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 08/25 | Nys Dol Ui Dd   Ui Dd | PPD ID. 146013200U | 192.00 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 9016 * ^ | | 07/27 | 25.00 |
| 9017 ^ | | 08/25 | 25.00 |

Total Checks Paid

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



# CHASE ◯

July 24, 2020 through August 25, 2020
Account Number:            62265

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/28 | Online Transfer To Chk ...706 Transaction#: 10621615310 | 700.00 |



August 26. 2020 through September 24, 2020
Account Number: ███████ ▌2265

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 09/02 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | 192.00 |
| 09/09 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | 192.00 |
| 09/15 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | 192.00 |
| 09/18 | Nys Dol Lwa Dd   Lwa Dd | PPD ID: 2146013200 | 300.00 |
| 09/18 | Nys Dol Lwa Dd   Lwa Dd | PPD ID: 2146013200 | 300.00 |
| 09/18 | Nys Dol Lwa Dd   Lwa Dd | PPD ID: 2146013200 | 300.00 |
| 09/22 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | 192.00 |
| 09/23 | Nys Dol Lwa Dd   Lwa Dd | PPD ID: 2146013200 | 300.00 |
| 09/24 | Nys Dol Lwa Dd   Lwa Dd | PPD ID: 2146013200 | 300.00 |

**CHASE** ⬡

August 26, 2020 through September 24, 2020
Account Number:                    2265

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

Total ATM & Debit Card Withdrawals

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/27 | 08/27 Online Transfer To Chk ...7961 Transaction#: 10138847848 | 150.00 |
| | Online Transfer To Chk ...2394 Transaction#: | 400.00 |
| 09/02 | 09/02 Online Transfer To Chk ...7961 Transaction#: 10220340064 | 150.00 |
| 09/02 | 09/02 Online Transfer To Chk ...7961 Transaction#: 10222688897 | 50.00 |

CHASE ⬤

August 26, 2020 through September 24, 2020
Account Number: ████████ 2265

## ELECTRONIC WITHDRAWALS (continued)

DATE   DESCRIPTION                                                                AMOUNT

09/18   09/18 Online Transfer To Chk ...7951 Transaction#: █████████            $200.00

09/22   09/22 Online Transfer To Chk ...7951 Transaction#: 10994054963           $100.00

09/22   09/22 Online Transfer To Chk ...7951 Transaction#: █████████             $25.00

09/22   09/22 Online Transfer To Chk ...7951 Transaction#: █████████            $200.00

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $68.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

**Total Refunds for Overdraft or Returned Item Fees Identified above:**   $.00   $68.00

**CHASE** �‚

September 25, 2020 through October 26, 2020
Account Number: ▮▮▮▮▮▮2265

## CHECKING SUMMARY | Chase Premier Checking

▮▮▮▮▮▮▮▮▮▮▮▮

Annual Percentage Yield Earned This Period                          0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 09/25 | Nys Dol Lwa Dd   Lwa Dd     PPD ID: 2146013200 | | $300.00 |
| 09/29 | Nys Dol Ui Dd   Ui Dd     PPD ID: 146013200U | | 192.00 |
| 10/14 | Nys Dol Ui Dd   Ui Dd     PPD ID: 146013200U | | 182.00 |


**CHASE** ⬤

September 25, 2020 through October 26, 2020

Account Number: ████████2265

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 10/20 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | 182.00 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 9018 ^ | | 09/25 | $25.00 |
| 9019 ^ | | 10/26 | 25.00 |
| **Total Checks Paid** | | | **$50.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



# CHASE ⬡

September 25, 2020 through October 26, 2020
Account Number:                    2265

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

Total ATM & Debit Card Withdrawals                                    $2,074.00

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/28 | 09/28 Online Transfer To Chk ...7961 Transaction#: 10248062791 | $250.00 |
| 09/28 | 09/28 Online Transfer To Chk ...7961 Transaction#: 10558780798 | 108.00 |
| 10/07 | 10/07 Online Transfer To Chk ...7961 Transaction#: 10424780850 | |
| 10/23 | 10/23 Online Transfer To Chk ...7961 Transaction#: 10389740105 | |



September 25, 2020 through October 26, 2020

Account Number: ▮▮▮▮ 2265

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Online Transfer To Chk ...7961 Transaction#: | 100.00 |
| 10/14 | Online Transfer To Chk ...7961 Transaction#: 1045788 | 185.00 |
| | Online Transfer To Chk ...7961 Transaction#: 1047 1874838 | 50.00 |
| 10/20 | 10/20 Online Transfer To Chk ...7961 Transaction#: 1043305 1894 | 100.00 |
| 10/20 | 10/20 Online Transfer To Chk Transaction#: 1050898887 | 100.00 |

## OTHER WITHDRAWALS

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Total Refunds for Overdraft or Returned Item Fees Identified above:          $.00          $68.00

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 27, 2020 through November 25, 2020

Account Number:                 52265

00002486 DRI 802 219 33120 NNNNNNNNNNN  1 000000000 17 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459-4557

## CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY    Chase Premier Checking



AMOUNT

Annual Percentage Yield Earned This Period                     0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/27 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | $182.00 |
| 11/05 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |

**CHASE**

October 27, 2020 through November 25, 2020
Account Number: ████████ 2265

## DEPOSITS AND ADDITIONS  (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/10 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |
| 11/17 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |
| 11/24 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 9020 ^ | | 11/25 | $25.00 |
| **Total Checks Paid** | | | **$25.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

# CHASE ⬡

October 27, 2020 through November 25, 2020
Account Number:                    2265

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



| 11/09 | 11/09 Online Transfer To Chk ...7981 Transaction #: 10597991419 | 100.00 |
| 11/09 | 11/09 Online Transfer To Chk ...7981 Transaction #: 10597992500 | 150.00 |
| 11/18 | 11/18 Online Transfer To Chk ...7981 Transaction #: 10628897821 | 200.00 |
| 11/18 | 11/18 Online Transfer To Chk ...7981 Transaction #: 10628898288 | 100.00 |
| 11/18 | 11/18 Online Transfer To Chk ...7981 Transaction #: 10631279598 | 150.00 |
| 11/18 | 11/18 Online Transfer To Chk ...7981 Transaction #: 10635950741 | 150.00 |
| 11/24 | 11/24 Online Transfer To Chk ...7981 Transaction #: 10693782010 | 100.00 |



October 27, 2020 through November 25, 2020

Account Number: ▇▇▇▇2265

## ELECTRONIC WITHDRAWALS *(continued)*

DATE    DESCRIPTION                                                                    AMOUNT

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Transaction#: 10698425870 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $68.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

**Total Refunds for Overdraft or Returned Item Fees Identified above:**          $.00          $68.00

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

ACCOUNT # ▇▇ ▇▇ ▇▇2265

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

# CHASE ⬙

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218 - 2051

November 26 2020 through December 23 2020
Account Number: ███████2265



## CUSTOMER SERVICE INFORMATION

| Web site | Chase.com |
|---|---|
| Service Center | 1-800-935-9935 |
| Deaf and Hard of Hearing | 1-800-242-7383 |
| Para Espanol | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

C0018349 DRE 602 219 35920 NNNNNNNNNNN 1 0C000000C 1 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT 6K
BRONX NY 10459-4557

## CHECKING SUMMARY    Chase Premier Checking



Annual Percentage Yield Earned This Period                    0 00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/01 | Nys Dol Ui Dd   Ui Dd | PPD ID  146013200U | 182.00 |

# CHASE ⬡

November 26 2020 through December 23 2020
Account Number.                    2265

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 12/08 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |
| 12/15 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |
| 12/22 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**CHASE** ◻

November 26  2020 through December 23  2020
Account Number                    2265

## ATM & DEBIT CARD WITHDRAWALS  (continued)

DATE    DESCRIPTION
                                                                    AMOUNT



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/27 | 11/26 Online Transfer To Chk .. 7961 Transaction#: 10703297031 | $70.00 |
| 11/30 | 11/28 Online Transfer To Chk .. 7961 Transaction#: 10714539875 | 300.00 |



November 26, 2020 through December 23, 2020

Account Number: ███████ 2265

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/01 | 12/01 Online Transfer To Chk ...7961 Transaction#: 10731487876 | 100.00 |
| 12/01 | 12/01 Online Transfer To Chk ...7961 Transaction#: 10735300132 | 50.00 |
| 12/02 | 12/02 Online Transfer To Chk ...7961 Transaction#: 10741654925 | 200.00 |
| 12/08 | 12/08 Online Transfer To Chk ...7961 Transaction#: 10777889703 | 100.00 |
| 12/15 | 12/15 Online Transfer To Chk ...7961 Transaction#: 10817487039 | 1,109.99 |
| 12/16 | 12/16 Online Transfer To Chk ...7961 Transaction#: 10826345376 | 150.00 |
| 12/21 | 12/21 Online Transfer To Chk ...7961 Transaction#: 10854207501 | 220.00 |
| 12/22 | 12/22 Online Transfer To Chk ...7961 Transaction#: 10881210167 | 50.00 |
| 12/22 | 12/22 Online Transfer To Chk ...7961 Transaction#: 10854229717 | 45.00 |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|------|------|------|
| Total Overdraft Fees * | $.00 | $68.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes insufficient Funds Fees, and Extended Overdraft Fees

| Total Refunds for Overdraft or Returned Item Fees Identified above: | $.00 | $68.00 |

# CHASE ⬡

December 24, 2020 through January 27, 2021

Account Number:                    2265

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 01/12 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 300.00 |
| 01/12 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |
| 01/20 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 300.00 |
| 01/20 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |
| 01/26 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 300.00 |
| 01/26 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 9021  ^ | | 12/28 | $25.00 |
| 9022  ^ | | 01/25 | 25.00 |
| **Total Checks Paid** | | | **$50.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image

^ An image of this check may be available for you to view on Chase.com



December 24 2020 through January 27, 2021
Account Number                    2265

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/29 | 12/29 Online Transfer To Chk ...7961 Transaction#: 10898059600 | 180.00 |
| 12/31 | 12/31 Online Transfer To Chk ...7961 Transaction#: 10908805394 | 125.00 |
| 01/05 | 01/05 Online Transfer To Chk ...7961 Transaction#: 10946672455 | 400.00 |
| 01/05 | 01/05 Online Transfer To Chk ...7961 Transaction#: 10949078946 | 243.50 |
| 01/06 | 01/06 Online Transfer To Chk ...7961 Transaction#: 10952686814 | 50.00 |
| 01/07 | 01/07 Online Transfer To Chk ...7961 Transaction#: 10962685719 | 2,000.00 |


**CHASE**

December 24, 2020 through January 27, 2021
Account Number:                    2265

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/12 | 01/12 Online Transfer To Chk ...7961 Transaction#: 10987767651 | 69.99 |
| 01/12 | 01/12 Online Transfer To Chk ...7961 Transaction#: 10989493495 | 350.00 |



| 01/20 | 01/20 Online Transfer To Chk ...7961 Transaction#: 11032312238 | |
| 01/20 | 01/20 Online Transfer To Chk ...7961 Transaction#: 11032312749 | 250.00 |
| 01/20 | 01/20 Online Transfer To Chk ...7961 Transaction#: 11034388550 | 50.00 |
| 01/20 | 01/20 Online Transfer To Chk ...7961 Transaction#: 11034641098 | 150.00 |
| 01/20 | 01/20 Online Transfer To Chk ...7961 Transaction#: 11037349442 | 50.00 |
| | | 150.00 |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/21 | 01/21 Withdrawal | $20.00 |
| **Total Other Withdrawals** | | **$20.00** |



## CHASE ⬦

JPMorgan Chase Bank, N A
P O Box 182051
Columbus OH 43218 - 2051

January 28  2021 through February 24, 2021
Account Number:                      2265

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site | Chase.com |
| Service Center | **1-800-935-9935** |
| Deaf and Hard of Hearing | 1-800-242-7383 |
| Para Espanol | 1-877-312-4273 |
| International Calls | 1-713-262-1679 |

00018916 DRE 802 219 05621 NNNNNNNNNNN   000000000 17 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT 6K
BRONX NY 10459

## CHECKING SUMMARY  Chase Premier Checking



AMOUNT

Annual Percentage Yield Earned This Period          0 00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 02/02 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | | $300.00 |
| 02/02 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | | 182 00 |
| 02/09 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | | 300.00 |
| 02/09 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | | 182 00 |

**CHASE** 

January 28, 2021 through February 24, 2021

Account Number: ████ 2265

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 02/17 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 02/17 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |
| 02/23 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 02/23 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**CHASE ⬤**

January 28, 2021 through February 24, 2021
Account Number:                     2265

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

DATE   DESCRIPTION                                                    AMOUNT

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/08 | 02/08 Online Transfer To Chk ...796* Transaction# 11120272820 | 1,000.00 |
| 02/17 | 02/17 Online Transfer To Chk ...7961 Transaction#: 11203977465 | 2,000.00 |
| 02/17 | 02/17 Online Transfer To Chk ...7961 Transaction#: 11203983990 | 166.96 |
| 02/17 | 02/17 Online Transfer To Chk ...7961 Transaction#: 11203988367 | 46.00 |
| 02/23 | 02/23 Online Transfer To Chk ...7961 Transaction#: 11240416874 | 361.00 |

# CHASE ◯

February 25, 2021 through March 23, 2021
Account Number: ▮▮▮▮▮▮▮2265

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 03.02 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 03.02 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |
| 03.09 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 03.09 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |
| 03.16 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 03.16 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 24, 2020 through January 27, 2021

Account Number: ████████2265

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00002652 DRI 802 219 02821 NNNNNNNNNNN  1 000000000 17 0000

TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459-4557

## CHECKING SUMMARY  Chase Premier Checking



| | AMOUNT |
|---|---|

Annual Percentage Yield Earned This Period                     0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/29 | Nys Dol Ui Dd    Ui Dd         PPD ID: 146013200U | 182.00 |
| 01/05 | Nys Dol Ui Dd    Ui Dd         PPD ID: 146013200U | 300.00 |
| 01/05 | Online Transfer From Chk ...7961 Transaction#: 10949076102 | 245.03 |
| 01/05 | Nys Dol Ui Dd    Ui Dd         PPD ID: 146013200U | 182.00 |

**CHASE** ⬡

February 25, 2021 through March 23, 2021

Account Number: ▆▆▆▆▆ 2265

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/23 | Nys Dol Ui Dd   Ui Dd      PPD ID: 146013200U | 182.00 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 9023 ^ | | 02/25 | $25.00 |
| Total Checks Paid | | | $25.00 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



# CHASE ⬡

February 25, 2021 through March 23, 2021
Account Number:          62265

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/26 | Paypal      Inst Xfer  Niko.Com      Web ID: Paypalsi77 | $174.41 |
| 03/02 | 03/02 Online Transfer To Chk ...7961 Transaction#: 11289398827 | 425.00 |
| 03/02 | 03/02 Online Transfer To Chk ...7961 Transaction#: 11289546332 | 100.00 |
| 03/04 | 03/04 Online Transfer To Chk ...7961 Transaction#: 11303766322 | 3,000.00 |
| 03/04 | 03/04 Online Transfer To Chk ...7961 Transaction#: 11303767099 | 700.00 |

# CHASE ⬤

February 25, 2021 through March 25, 2021

Account Number ▮▮▮▮2265

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/16 | 03/16 Online Transfer To Chk ...7961 Transaction#: 11381438888 | 300.00 |
| 03/17 | 03/17 Online Transfer To Chk ...7961 Transaction#: 11387404721 | 2,700.00 |

| | | |
|------|-------------|--------|
| **Total Electronic Withdrawals** | | **$8,951.45** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 **JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

March 24, 2021 through April 23, 2021
Account Number:                    62265

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00002650 DRI 802 219 11421 NNNNNNNNNNN  1 0000000X0 17 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT 6K
BRONX NY 10459

## CHECKING SUMMARY    Chase Premier Checking

| | AMOUNT |
|---|---|
| Beginning Balance | |
| Deposits and Additions | |
| Checks Paid | |
| ATM & Debit Card Withdrawals | |
| Electronic Withdrawals | |
| Fees | |
| **Ending Balance** | |

Annual Percentage Yield Earned This Period                     0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 03/24 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | | $300.00 |
| 03/30 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | | 300.00 |
| 03/30 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | | 182.00 |

# CHASE ◯

March 24, 2021 through April 23, 2021
Account Number ▮▮▮▮2265

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 04/07 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 300.00 |
| 04/07 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |
| 04/13 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 300.00 |
| 04/13 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |
| 04/20 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 300.00 |
| 04/20 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |
| **Total Deposits and Additions** | | | **$7,523.10** |

## CHECKS PAID

| CHECK NO | DESCRIPTION | DATE PAID | AMOUNT |
|----------|-------------|-----------|--------|
| 9024 ^ | | 03/25 | $25.00 |
| **Total Checks Paid** | | | **$25.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**CHASE**

March 24, 2021 through April 23, 2021
Account Number:                    2265

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

| 04/12 | 04/12 Online Transfer To Chk ...7961 Transaction#: 11608266320 | 100.00 |
| 04/12 | 04/12 Online Transfer To Chk ...7961 Transaction#: 11584934917 | 100.00 |
| 04/13 | 04/13 Online Transfer To Chk ...7961 Transaction#: 11588124381 | 100.00 |
| 04/19 | 04/19 Online Transfer To Chk ...7961 Transaction#: 11666196403 | 350.00 |

| 04/19 | 04/19 Online Transfer To Chk ...7961 Transaction#: 11606845031 | |
| 04/19 | 04/17 Online Transfer To Chk ...7961 Transaction#: 11600451604 | 500.00 |

| 04/22 | 04/20 Online Transfer To Chk ...7961 Transaction#: 11610945684 | |

## FEES

# CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 24, 2021 through May 25, 2021

Account Number:  ████████2265



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00002626 DRI 802 219 14621 NNNNNNNNNNN  1 000000000 17 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459

## We're increasing the Legal Processing Fee

On July 18, we're increasing the legal processing fee to be up to $100. This is the fee that we can charge to your account if we need to manage a legal process related to you or your account that appears to have the force of law behind it, including the processing of garnishments, tax levies, or other court or administrative orders.

If you have questions please call the number at the top of this statement. We accept operator relay calls.

## We want to remind you about the overdraft service options that are available for your personal checking account(s)

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. As a reminder, overdraft services are not available for Chase Secure Checking$^{SM}$ or Chase First Checking$^{SM}$. Standard Overdraft Practice and Chase Debit Card Coverage$^{SM}$ are not available for Chase High School Checking$^{SM}$.

If you have questions, please visit chase.com/overdraft or call us at the number on your statement. We accept operator relay calls.

## CHECKING SUMMARY    Chase Premier Checking



AMOUNT

Annual Percentage Yield Earned This Period                0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/27 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | 300.00 |

# CHASE ◯

April 24, 2021 through May 25, 2021

Account Number: ▮▮▮▮2265

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 04/27 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |
| 05/04 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 05/04 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |
| 05/11 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 05/11 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |
| 05/18 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 05/18 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |
| 05/25 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 05/25 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 9025 ^ | | 04/26 | $25.00 |
| **Total Checks Paid** | | | **$25.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

# CHASE ⬤

April 24, 2021 through May 25, 2021
Account Number:                    2265

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

DATE    DESCRIPTION                                                                AMOUNT

## ELECTRONIC WITHDRAWALS

DATE    DESCRIPTION                                                                AMOUNT

| 04/30 | 04/30 Online Transfer To Chk ...7961 Transaction#: 11680870038 | 100.00 |

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 26, 2021 through June 23, 2021

Account Number: ▓▓▓▓▓▓ 32265



00020297 DRE 802 219 17521 NNNNNNNNNNN  1 000000000 17 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459

## CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY  Chase Premier Checking

AMOUNT



Annual Percentage Yield Earned This Period          0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 06/02 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | | 300.00 |
| 06/02 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | | 182.00 |
| 06/08 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | | 300.00 |
| 06/08 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | | 182.00 |

# CHASE 

May 26, 2021 through June 23, 2021
Account Number: ████████2265

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/23 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 300.00 |
| 06/23 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |

**Total Deposits and Additions**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

# CHASE

May 26, 2021 through June 23, 2021

Account Number:             2265

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/02 | 06/02 Online Transfer To Chk ...7961 Transaction#: 11992061509 | 50.00 |
| 06/04 | 06/04 Online Transfer To Chk ...7961 Transaction#: 11910203662 | 250.00 |
| 06/04 | 06/04 Online Transfer To Chk ...7961 Transaction#: 11912846768 | 250.00 |
| 06/09 | 06/09 Online Transfer To Chk ...7961 Transaction#: 11933195443 | 350.00 |
| 06/18 | 06/18 Online Transfer To Chk ...7961 Transaction#: 11966072347 | 300.00 |
| 06/18 | 06/18 Online Transfer To Chk ...7961 Transaction#: 12007765768 | 700.00 |
| 06/21 | 06/21 Online Transfer To Chk ...7961 Transaction#: 12010302346 | 300.00 |
| 06/23 | 06/23 Online Transfer To Chk ...7961 Transaction#: 12009902768 | 400.00 |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 25, 2021 through September 24, 2021

Account Number:  ▓▓▓▓▓2265

00022561 DRE 802 219 26821 NNNNNNNNNNN  1 000000000 17 0000

TYISHA M CHANCEY
870 SOUTHERN BLVD
APT 6K
BRONX NY 10459

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## The discount you receive on checks is changing

Beginning November 14, 2021, you'll still pay no fee when you order Chase design checks, but you'll no longer get a discount on personal style checks for your Chase Premier Checking[SM], Chase Premier Plus Checking[SM] or Chase Sapphire[SM] Checking account(s).

Please call the number on this statement if you have questions. We accept operator relay calls.

## CHECKING SUMMARY | Chase Premier Checking



AMOUNT

Annual Percentage Yield Earned This Period                    0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/31 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | 300.00 |
| 08/31 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | 182.00 |

**CHASE** 

August 25, 2021 through September 24, 2021
Account Number: ▮▮▮▮2265

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|--|--|--------|
| 09/08 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 09/08 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |

## ATM & DEBIT CARD WITHDRAWALS

**CHASE**

August 25, 2021 through September 24, 2021

Account Number: ████ 2265

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/27 | 08/27 Online Transfer To Chk ...7901 Transaction#: 12466902490 | 100.00 |
| 08/30 | 08/30 Online Transfer To Chk ...7901 Transaction#: 12477880968 | 200.00 |
| 08/31 | 08/31 Online Transfer To Chk ...7901 Transaction#: 12483903988 | 200.00 |
| 09/02 | 09/02 Online Transfer To Chk ...7901 Transaction#: 12511357277 | |
| 09/08 | 09/08 Online Transfer To Chk ...7901 Transaction#: 12548535840 | 350.00 |
| 09/08 | 09/08 Online Transfer To Chk ...7901 Transaction#: 12550871606 | 350.00 |
| 09/10 | 09/10 Online Transfer To Chk ...7901 Transaction#: 12562999133 | 850.00 |
| 09/10 | 09/10 Online Transfer To Chk ...7901 Transaction#: 12562100758 | 100.00 |
| 09/10 | 09/10 Online Transfer To Chk ...7901 Transaction#: 12564933905 | 200.00 |

# CHASE ⬤

August 25, 2021 through September 24, 2021

Account Number: ████ 2265

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | ███████████████████████████████████████████ | ████████ |
| | ███████████████████████████████████████████ | 200.00 |
| | ███████████████████████████████████████████ | 250.00 |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $68.00 |
| Total Returned Item Fees | $.00 | $.00 |

\* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

**Total Refunds for Overdraft or Returned Item Fees Identified above:**   $.00   $68.00

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 JPMorgan Chase Bank, N.A. Member FDIC

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 24, 2021 through July 26, 2021
Account Number:            ⬛2265

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00021280 DRE 802 219 20621 NNNNNNNNNNN  1 000000000 17 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459

## CHECKING SUMMARY  Chase Premier Checking



Annual Percentage Yield Earned This Period                      0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/29 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 300.00 |
| 06/29 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |
| 07/07 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 300.00 |
| 07/07 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |
| 07/13 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 300.00 |
| 07/13 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 182.00 |

CHASE ⬥

June 24, 2021 through July 26, 2021
Account Number: ███████ 2265

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/20 | Nys Dol Ui Dd   Ui Dd | PPD ID. 146013200U | 300.00 |
| 07/20 | Nys Dol Ui Dd   Ui Dd | PPD ID: 146013200U | 182.00 |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

# CHASE ○

June 24, 2021 through July 26, 2021
Account Number: ████████2265

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/24 | 06/24 Online Transfer To Chk ...7561 Transaction#: 12007988792 | $100.00 |

**CHASE**

June 24, 2021 through July 26, 2021

Account Number: ████████2265

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/09 | 07/09 Online Transfer To Chk ...7961 Transaction#: 12110999074 | 100.00 |
| 07/12 | 07/10 Online Transfer To Chk ...7961 Transaction#: 12116328066 | 600.00 |
| 07/13 | 07/13 Online Transfer To Chk ...7961 Transaction#: 12186859362 | 300.00 |
| 07/15 | 07/15 Online Transfer To Chk ...7961 Transaction#: 12171836066 | 200.00 |
| 07/19 | 07/19 Online Transfer To Chk ...7961 Transaction#: 12208859763 | 200.00 |
| 07/19 | 07/19 Online Transfer To Chk ...7961 Transaction#: 12208316422 | 200.00 |
| 07/20 | 07/20 Online Transfer To Chk ...7961 Transaction#: 12210949486 | 285.15 |
| 07/20 | 07/20 Online Transfer To Chk ...7961 Transaction#: 12216949562 | 500.00 |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ❂

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 27, 2021 through August 24, 2021

Account Number:                2265



00022531 DRE 802 219 23721 NNNNNNNNNNN  1 000000000 17 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Premier Checking



Annual Percentage Yield Earned This Period                0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS



| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/16 | Nys Dol Ui Dd    Ui Dd | PPD ID: 146013200U | 300.00 |

**CHASE** ⬡

July 27, 2021 through August 24, 2021
Account Number: ▮▮▮▮ 2265

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 08/16 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 08/16 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 08/16 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |
| 08/16 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |
| 08/16 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |
| 08/17 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 08/17 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |
| 08/24 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 08/24 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |

**Total Deposits and Additions**     **$7,840.85**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|





**CHASE** ◻

July 27, 2021 through August 24, 2021
Account Number:          2265



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/29 | Stash    Transfer  Tyisha Chancey  Web ID: 7001000101 | $5.00 |

**CHASE** ◯

July 27, 2021 through August 24, 2021

Account Number: ▮▮▮▮ 2265

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | 08/05 Online Transfer To Chk ...7961 Transaction# 12309764611 | 160.00 |
| 08/09 | 08/07 Online Transfer To Chk ...7961 Transaction# 12335812487 | 800.00 |
| 08/11 | 08/11 Online Transfer To Chk ...7961 Transaction# 12362085598 | 150.00 |
| 08/13 | 08/13 Online Transfer To Chk ...7961 Transaction# 12373380289 | 200.00 |
| 08/16 | 08/14 Online Transfer To Chk ...7961 Transaction# 12382788887 | 200.00 |
| 08/16 | 08/14 Online Transfer To Chk ...7961 Transaction# 12382775321 | 200.00 |
| 08/16 | 08/14 Online Transfer To Chk ...7961 Transaction# 12382754007 | 250.00 |
| 08/17 | 08/17 Online Transfer To Chk ...7961 Transaction# 12400581140 | 200.00 |
| 08/18 | 08/18 Online Transfer To Chk ...7961 Transaction# 12407942523 | 550.00 |
| 08/18 | 08/18 Online Transfer To Chk ...7961 Transaction# 12410802999 | 200.00 |
| 08/20 | 08/20 Online Transfer To Chk ...7961 Transaction# 12426660418 | | 
| 08/23 | 08/23 Online Transfer To Chk ...7961 Transaction# 12439764808 | 800.00 |
| 08/24 | 08/24 Online Transfer To Chk ...7961 Transaction# 12445678480 | 88.00 |
| 08/24 | 08/24 Online Transfer To Chk ...7961 Transaction# 12445586829 | 88.00 |
| 08/24 | 08/24 Online Transfer To Chk ...7961 Transaction# 12445610378 | 156.88 |
| **Total Electronic Withdrawals** | | **$5,638.27** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $68.00 | $68.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Total Refunds for Overdraft or Returned Item Fees identified above:      $68.00      $68.00

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 25, 2021 through September 24, 2021

Account Number:                2265



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00022581 DRE 802 219 26821 NNNNNNNNNNN  1 000000000 17 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459

## The discount you receive on checks is changing

Beginning November 14, 2021, you'll still pay no fee when you order Chase design checks, but you'll no longer get a discount on personal style checks for your Chase Premier Checking[SM], Chase Premier Plus Checking[SM] or Chase Sapphire[SM] Checking account(s).

Please call the number on this statement if you have questions. We accept operator relay calls.

## CHECKING SUMMARY    Chase Premier Checking

| | AMOUNT |
|---|---|
| Beginning Balance | |
| Deposits and Additions | |
| ATM & Debit Card Withdrawals | |
| Electronic Withdrawals | |
| Ending Balance | |

Annual Percentage Yield Earned This Period          0.00%

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 08/31 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 300.00 |
| 08/31 | Nys Dol Ui Dd | Ui Dd | PPD ID: 146013200U | 182.00 |

# CHASE ⬤

August 25, 2021 through September 24, 2021

Account Number: ▉▉▉▉▉2265

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|--|--|--|--------|
| 09/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 300.00 |
| 09/08 | Nys Dol Ui Dd | Ui Dd | | PPD ID: 146013200U | 182.00 |

**Total Deposits and Additions**     **$7,594.80**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

# CHASE ◯

August 25, 2021 through September 24, 2021
Account Number:　　　　　　2265

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

Total ATM & Debit Card Withdrawals

$1,803.03

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 09, 2021 through November 26, 2021
Account Number. ██████1879

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site. | Chase.com |
| Service Center. | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol· | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

01427075 DRE 802 219 33121 NNNNNNNNNNN  1 000000000 18 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT 6K
BRONX NY 10459



## SAVINGS SUMMARY    Chase Premier Savings

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | |
| Ending Balance | ████████ |
| Annual Percentage Yield Earned This Period | 0 01% |
| Interest Paid This Period | $0 06 |
| Interest Paid Year-to-Date | $0 06 |

You could earn an even higher interest rate on your Chase Premier Savings account if you link it to a qualifying checking account. Visit any of our branches for details or call us at the telephone number on your statement.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | |
| 11/09 | Online Transfer From Chk ...7961 Transaction# 12979544415 | 5,000.00 | ████ |
| 11/15 | Online Transfer From Chk ...7961 Transaction#: 13020864544 | 10,000.00 | |
| 11/26 | Interest Payment | 0.06 | |
| | Ending Balance | | |

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218 - 2051

11/9/21
~ Opened

December 25, 2021 through January 27, 2022
Account Number:                    1879



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

01437892 DRE 802 219 02822 NNNNNNNNNNN  1 000000000 16 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459

## SAVINGS SUMMARY    Chase Premier Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | ████ |
| Deposits and Additions | ████ |
| **Ending Balance** | ████ |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.15 |
| Interest Paid Year-to-Date | $0.15 |

Interest paid in 2021 for account 000003939451879 was $0.17.

You could earn an even higher interest rate on your Chase Premier Savings account if you link it to a qualifying checking account. Visit any of our branches for details or call us at the telephone number on your statement.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

A monthly Service Fee was **not** charged to your Chase Premier Savings account. You can continue to avoid this fee during any statement period by keeping a minimum daily balance in your account of $15,000.00 or more. (Your minimum daily balance was $15,000)

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 27, 2022 through May 25, 2022
Primary Account: ████████51879

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site | **Chase.com** |
| Service Center | **1-800-935-9935** |
| Deaf and Hard of Hearing | 1-800-242-7383 |
| Para Espanol | 1-877-312-4273 |
| International Calls | 1-713-262-1679 |

01468591 DRE 802 219 14622 NNNNNNNNNNN  1 000000000 18 0000
TYISHA M CHANCEY
870 SOUTHERN BLVD
APT.6K
BRONX NY 10459





# CHASE ◻

April 27, 2022 through May 25, 2022
Primary Account: ██████████51879

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR ACCOUNT?

A monthly Service Fee was charged to your Chase Premier Savings. You can avoid this fee during any statement period by keeping a minimum daily balance in your account of $15,000.00 or more. (Your minimum daily balance was $0.00)

*Our account alerts can help keep you on top of your balance. Set up alerts today!*





November 09, 2021 through December 08, 2021
Account Number: ████████ 7961

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/09 | 11/09 Online Transfer To Sav ...1879 Transaction#: 12979544415 | $5,000.00 |
| 11/15 | 11/15 Online Transfer To Sav ...1879 Transaction#: 13020864544 | 10,000.00 |

**CHASE ◯**

January 11, 2022 through February 08, 2022
Account Number:                    7961

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/19 | 01/19 Online Transfer To Sav ...1879 Transaction#: 13481239327 | 5,000.00 |

## OTHER WITHDRAWALS