File No.: TA007892
CIVIL COURT OF THE CITY OF NEW YORK
County of BRONX

| | |
|---|---|
| BARCLAYS BANK DELAWARE<br><br>        Plaintiff,<br>    vs.<br>Tyisha M Chancey<br><br>        Defendant(s). | Index No.: CV-006266-19/BX<br><br><br>**AFFIRMATION IN OPPOSITION TO DEFENDANT'S ORDER TO SHOW CAUSE TO VACATE JUDGMENT** |

Jason Kim, Esq., an attorney duly admitted to practice law in the courts of the State of New York, hereby affirms:

1.    I am associated with the law firm of Tenaglia & Hunt, P.A., attorneys of record for Plaintiff, BARCLAYS BANK DELAWARE, (hereinafter referred to as the "Plaintiff") in the above-captioned action, and as such, I am fully familiar with the facts and circumstances underlying this action.

2.    The above action was commenced by the filing the Summons and Complaint with the BRONX County Clerk on or about April 3, 2019. A copy of the Summons and Complaint is annexed hereto as Exhibit 1.

3.    The Summons and Complaint was served upon Defendant on or about May 6, 2019. A copy of the affidavit of service is annexed hereto as Exhibit 2.

4.    Defendant filed an Answer on May 30, 2019. Attached hereto as Exhibit 3 is a copy of the Answer.

5.    On or about October 2, 2019, both parties appeared for a court conference and settled the matter, which was allocuted in court by Honorable Brenda L. Rivera. Attached hereto as Exhibit 4 is a true and correct copy of the stipulation of settlement.

6.    Pursuant to the stipulation of settlement, Defendant agreed to pay $4,940.96, 25 dollars per

month.

7. Defendant breached the stipulation by only paying $150.00, which Defendant admits in her motion.

8. Furthermore, On or about January 28, 2022, Plaintiff sent a notice of default to Defendant to Defendant. Attached hereto as Exhibit 5 is a true and correct copy of the notice of default.

9. Lastly, when Plaintiff obtained judgment, Plaintiff filed a notice of entry and mailed a copy of Judgment to Defendant on or about February 10, 2025.

10. Defendant failed to make any objections within the appeal period of 30 days after the notice of entry was filed.

11. Once the bank levy was processed, Defendant then filed a motion to object.

12. To vacate the judgment or dismiss this case would not be in the interest of justice and would be extremely prejudicial to the Plaintiff as Plaintiff followed the necessary rules and procedures to obtain judgment.

### Legal Argument

13. In order for a default judgment to be vacated, under New York law, the defendant has the burden of presenting a sufficient meritorious defense and reasonable excuse for the default. *Loris v. S & W Realty Corp.*, 16 A.D.3d 729, 729, 790 N.Y.S.2d 579, 580 (App. Div. 3rd Dept. 2005)

14. "CPLR 5015 (a) (1) permits a party to move to open a default judgment, based on excusable default and a meritorious defense, within one year of service of a copy of the judgment with written notice of its entry upon it, or, if the moving party has entered the judgment within a year of entry of the judgment." (See also, *Fidelity & Deposit Co. v Andersen & Co.*, 60 NY2d 693.) *Picinic v. Seatrain Lines, Inc.*, 117 A.D.2d 504,506,497 N.Y.S.2d 924, 926 (App. Div. 1st Dept. 1986).

15. Ordinarily, the affidavit of a process server constitutes prima facie evidence that the defendant

was validly served (see *Washington Mut. Bank v Holt*, 71 AD3d 670, 897 NYS2d 148 [2010];

*Wells Fargo Bank, NA v Chaplin*, 65 AD3d 588, 589, 884 NYS2d 254 [2009])

16. For all this time, Defendant made no application to the Court herein.

17. Now that when finally facing execution and repercussion, Defendant filed an order to show cause.

18. Under CPLR §5015(a)(1), a defendant need only show excusable delay and a meritorious defense to vacate a default, when such motion is brought within one year of the filing of the judgment. A motion to vacate a judgment on the grounds of "excusable default" is addressed to the sound discretion of the trial court. *MacMarty, Inc. v. Sheller*, 201 A.D.2d 706, 608 N.Y.S.2d 294 (2nd Dept. 1994).

19. Here, Defendant fails to provide an excusable delay and meritorious defense to vacate default pursuant to CPLR 5015(a)(1). The court may excuse a party's default to appear upon the demonstration of a reasonable excuse.

20. Based on the above, the order to show cause to vacate the judgment must be denied.

I affirm this day, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: October 2, 2025

TENAGLIA & HUNT P.A.
Attorney for Plaintiff

Jason Kim, Esq.
365 West Passaic St, Suite 405
Rochelle Park, NJ 07662
5 Penn Plaza, 19th Floor
New York, NY 10001
(201) 820-6001

To: Tyisha M Chancey
    870 Southern Blvd Apt 6k
    Bronx NY 10459-4557

File No.: TA007892
CIVIL COURT OF THE CITY OF NEW YORK
County of BRONX

| | |
|---|---|
| BARCLAYS BANK DELAWARE<br><br><br>      Plaintiff,<br>  vs.<br><br>Tyisha M Chancey<br><br><br>      Defendant(s). | Index No.: CV-006266-19/BX<br><br><br><br>AFFIRMATION OF SERVICE |

Jason Kim  affirms:

1. I am not a party to the action, am over 18 years of age and I am associated with the firm of Tenaglia & Hunt, P.A. 5 Penn Plaza, 19th Floor, New York, NY 10001.

2. That on October 2, 2025, I served the within true copy of Plaintiff's Affirmation in Oppositionand supporting documentation via First Class Mail in a sealed envelope, with postage pre-paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New Jersey, properly addressed to:

> Tyisha M Chancey
> 870 Southern Blvd Apt 6k
> Bronx NY 10459-4557

I affirm today, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: Rochelle Park, New Jersey
    October 2, 2025

Jason Kim, Esq.

# EXHIBIT 1

## CONSUMER CREDIT TRANSACTION
### IMPORTANT!! YOU ARE BEING SUED!!

### THIS IS A COURT PAPER – A SUMMONS
DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF
YOUR PAY CAN BE TAKEN FROM YOU (GARNISHED). IF YOU DO NOT BRING THIS TO COURT,
OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE
HURT!! YOU MAY HAVE TO PAY OTHER COSTS TOO!!! IF YOU CAN'T PAY FOR YOUR OWN
LAWYER BRING THESE PAPERS TO THIS COURT RIGHT AWAY.  THE CLERK (PERSONAL
APPEARANCE) WILL HELP YOU!

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

------------------------------------------------------X

Barclays Bank Delaware

*Plaintiff,*

-against-

Tyisha M Chancey,
                *Defendant.*

------------------------------------------------------X

**06266 - 19**

INDEX NUMBER:

**SUMMONS**

Plaintiff's Address:
125 S West Street
Wilmington, DE 19801

Basis of Venue:
Defendant's Address

To the above named defendant:

YOU ARE HEREBY SUMMONED to appear in the Civil Court of the City of New York, in and for the
County of BRONX, at the office of the said court at 851 Grand Concourse, Bronx, NY  10451, within
the time provided by law as noted below and to file your answer to the annexed complaint with the Clerk;
upon your failure to answer, judgment will be taken against you for the  sum of $4,940.96 together with
the costs of this action.

Dated: 3-21-19

TENAGLIA & HUNT, P.A.
Attorneys for Plaintiff

By: _____
Murianda Ruffin, Esq.
395 W. Passaic Street, Suite 205
Rochelle Park, New Jersey 07662
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001
NYC Department of Consumer
Affairs collection license No.: #2047462

FEE PAID
APR 03 2019
CIVIL COURT
BRONX COUNTY

NOTE: The law provides that:

 (a) If this summons is served by its delivery to you personally within the city of New York, you must appear and answer within TWENTY days after such service; or

(b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

DEFENDANTS TO BE SERVED:
Tyisha M Chancey
870 Southern Blvd Apt 6k
Bronx NY 10459-4557

## TRANSACCION DE CREDITO DEL CONSUMIDOR
### ¡IMPORTANTE! UD. HA SIDO DEMANDADO!

### ESTE ES UN DOCUMENTO LEGAL--UNA CITACION

¡NO LA BOTE! ¡CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU SALARIO (EMBARGARLO). ¡SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITACION LE PUEDEN CONFISCAR SUS BIENES (PROPIEDAD) Y PERJUDICAR SU CREDITO! ¡TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OTROS GASTOS LEGALES (COSTAS)! SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS PAPELES A LA CORTE IMMEDIATAMENTE. VENGA EN PERSONA Y EL SECRETARIO DE LA CORTE LE AYUDARA.

CORTE CIVIL DE LA CIUDAD DE NUEVA YORK
CONADO DE BRONX

NO. DE EPIGRAFE:

------------------------------------------------------X

Barclays Bank Delaware

Demandante,

-against-

Tyisha M Chancey,

Demandado.

------------------------------------------------------X

CITACION
Residencia de Demandante
Direccion:
125 S West Street
Wilmington, DE 19801

La Razon de haber designado
esta Corte es:
Condado de BRONX

La transaccion de credito
tuvo lugar en el
Condado de BRONX

Al demandado arriba mencionado:

**USTED ESTA CITADO** a comparecer en la Corte Civil de la Nueva York, Condado de BRONX a la oficina del Jefe Principal de dicha Corte en, 851 Grand Concourse, Bronx, NY 10451, en el Condado de BRONX Ciudad y Estado de Nueva York, dentro del tiempo provisto por la ley segun abajo indicado y a presentar su respuesta a la demanda anexada al Jefe de la Corte: si usted no comparece a contestar, se rendira sentencia contra usted en la suma de $4,940.96 incluyendo las costas de esta causa.

Fechado: *3-31-19*

TENAGLIA & HUNT, P.A.

By: _____
Murianda Ruffin, Esq.
395 W. Passaic Street, Suite 205
Rochelle Park, New Jersey 07662
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001
NYC Department of Consumer
Affairs collection license No.: # 2047462
Abogados para Demandado

NOTA: La Ley provee que:

(a) Si esta citacion es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y responderia dentro de VIENTE dias despues de la entrega; o

(b) Si esta citacion es entregada a otra persona que no fuera usted personalmente, o si fuera entregada afuera de la Ciudad de Nueva York, o por medio de publicacion, o por otros medios que no fueran entrega personal a usted en la Ciudad de Nueva York, usted tiene TREINTA dias para comparacer y responder la demanda, despues de haberse presentado prueba de entrega de la citacion al Jefe de esta Corte

**Demandado para ser servido:**
Tyisha M Chancey
870 Southern Blvd Apt 6k
Bronx NY 10459-4557

File No.: TA007892
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Barclays Bank Delaware

*Plaintiff,*

-against-

Tyisha M Chancey,

*Defendant.*

Index No.:

**COMPLAINT**

Plaintiff, by its Attorneys, complaining of the Defendant(s), respectfully alleges that:

1.  Plaintiff is a national banking association organized and existing under federal law.

2.  Upon information and belief, the Defendant(s) resides or has an office in the county in which this action is brought, or the defendant(s) transacted business within the county in which this action is brought, either in person or through an agent and the instant cause of action arose out of said transaction.

### AS AND FOR A FIRST CAUSE OF ACTION

1.  Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if more fully set forth herein.

2.  At all relevant times herein, Defendant was the holder of a credit card that enabled Defendant to charge items to the credit card bearing account no. ending in the last four 5462.

    (HEREINAFTER THE "ACCOUNT")

3.  By using the account, Defendant agreed to certain terms and conditions requiring Defendant to make payments towards the balance incurred thereon .(THE "AGREEMENT")

4.  Defendant's account defaulted when Defendant failed to make the required payments as set forth in the agreement, and as a result, was in breach of the terms and conditions thereunder.

5. There is still due on said account the sum of $4,940.96, of which no part has been paid although repeated demands for same have been made and as often refused.

6. The Statute of Limitations has not yet expired.

Wherefore, Plaintiff demands as damages the sum of $4,940.96, together with costs of this suit.

## AS AND FOR A SECOND CAUSE OF ACTION

7. Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if more fully set forth herein.

8. Plaintiff rendered to Defendant(s) a full and true account of the indebtedness owing by the Defendant(s) as a result of the above agreement, in an amount as herein above set forth which account statement was delivered to and accepted without objection by the Defendant(s) resulting in an account stated in the sum of $4,940.96, no part of which was has been paid despite due demand therefore.

Wherefore, Plaintiff demands judgment against the Defendant(s) in the sum of $4,940.96 together with costs of this suit.

## AS AND FOR A THIRD CAUSE OF ACTION

9. Plaintiff repeats, reiterates and incorporates each and every allegation contained in the foregoing paragraphs as though fully set forth at length herein.

10. Plaintiff sues said Defendant for the reasonable value of credit purchases under the Account pursuant to the Agreement with the Defendant upon the promise of the Defendant to pay a reasonable price for the same. Payment has been demanded and has not been made.

WHEREFORE, Plaintiff(s) is entitled to judgment against Defendant for Quantum Meruit in the amount of $4,940.96, together with costs of this suit.

The undersigned attorney hereby certifies that, to the best of his/her knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the within

complaint and the contentions therein are not frivolous as defined in Part 130-1.1(c) of the rules of the

Chief Administrator.

Dated:    *3-21-19*

TENAGLIA & HUNT, PA.
ATTORNEY FOR PLAINTIFF

By: _____
Murianda Ruffin, Esq.
395 W. Passaic Street, Suite 205
Rochelle Park, New Jersey 07662
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001
NYC DEPARTMENT OF CONSUMER
AFFAIRS COLLECTION NO.: #2047462

Index No.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Barclays Bank Delaware

Plaintiff,

vs.

Tyisha M Chancey

Defendant(s).

## SUMMONS AND COMPLAINT

**TENAGLIA & HUNT, P.A.**
395 West Passaic Street, Ste 205
Rochelle Park, NJ 07662
5 Penn Plaza, 23rd Fl
New York, New York 10001
(201) 820-6001

**Attorneys For:** Barclays Bank Delaware
*Plaintiff.*

RECEIVED NYSCEF: 10/02/2025

# EXHIBIT 2

# PROVEST, LLC

JOB # 101076420

320 Carleton Avenue Suite 2600 Central Islip, NY 11722 (631) 666-6168    LICENSE # 1374210

## FIELD SHEET

RECEIVED DATE: 4/23/2019

SERVER: ATLAS PROPERTY SOLUTIONS - 2064960

SERVICE GUIDELINE DATE: 7/31/2019
COUNTY: BRONX
FILED: 4/3/2019
CASE #: 06266-19
ATTORNEY: TENAGLIA & HUNT, P.A.

REFERENCE #: TA007892
PV CASE ID: 5480791
CASE TYPE: COLLECTIONS
COURT: CIVIL
BARCLAYS BANK DELAWARE
VS.
TYISHA M CHANCEY

DOCUMENTS INCLUDED: CONFORMED SUMMONS, CONFORMED COMPLAINT
DEFENDANT TO SERVE: TYISHA M CHANCEY
DOCUMENT TO SERVE: SUMMONS & COMPLAINT
ADDRESS: AFFIX DOCS: 870 SOUTHERN BLVD APT 6K BRONX, NY 10459
NOTES: ***THE DEFENDANT IS CONFIRMED TO RESIDE PER THE INCLUDED DMV RECORD. PLEASE RE-ATTEMPT
SERVICE AT ADDRESS. IF YOU ARE UNABLE TO MAKE CONTACT, PLEASE AFFIX SERVICE DOCUMENTS AFTER THE
REQUIRED ATTEMPTS HAVE BEEN COMPLETED***

## ATTEMPTS

DATE/TIME     COMMENTS

MODULAR HOME? _____
MOBILE HOME? _____
IS PROPERTY VACANT? _____
IS THE PROPERTY POSTED FOR SALE? _____
DESCRIPTION OF AREA WHERE POSTED: _____

TRAILER? _____
VIN#: _____
ARE THE UTILITIES ON? _____

## SERVICE INFORMATION

( ) SERVED   ( ) NON-SERVED
TYPE OF SERVICE:   PERSONAL: _____   RESIDENTIAL/ABODE: _____   DATE: _____   TIME: _____
NAME OF PERSON ACCEPTING SERVICE: _____   CORPORATE: _____   N&M: _____
RELATIONSHIP/TITLE: _____
DESCRIPTION:    SEX: _____   Skin Color: _____   APPROX. AGE: _____   OVER 18: _____
   HEIGHT: _____   WEIGHT: _____   HAIR: _____   GLASSES: _____
   OTHER: _____
MARITAL STATUS:   ( ) MARRIED ( ) DIVORCED ( ) SEPARATED ( ) SINGLE ( ) OTHER
WERE YOU ABLE TO CONFIRM MILITARY STATUS OF DEFENDANT? _____
IF NOT WHY _____
IS DEFENDANT IN MILITARY? _____   CONFIRMED BY: _____
NAME: _____   ADDRESS: _____
( ) MILITARY BRANCH: _____
EVICTIONS ONLY - IS PERSON SERVED DEPENDENT ON SOMEONE WITHIN THE MILITARY? _____
SIGNATURE: _____

*(PLEASE RETURN FIELD SHEET WITH COMPLETED AFFIDAVIT AND KEEP COPY FOR YOUR RECORDS)*

01.t9

# EXHIBIT 3

Civil Court of the City of New York
County of Bronx

Index No: CV-006266-19/BX

Barclays Bank Delaware
    -against-
Tyisha M Chancey

**ANSWER IN PERSON**
CONSUMER CREDIT TRANSACTION

Defendant, Tyisha M Chancey, at 870 Southern Blvd, Apt 6k, Bronx, NY 10459-4557, answers the Complaint as

Dated : 05/23/2019
*(Check all that apply)*

1 ____ General Denial: I deny the allegations in the complaint

    **SERVICE**

2 ____ I did not receive a copy of the summons and complaint

3 ____ I received the Summons and Complaint, but service was not correct as required by law.

    **DEFENSES**

4 ____ I do not owe this debt

5 ____ I did not incur this debt. I am the victim of identity theft or mistaken identity.

6 ____ I have paid all or part of the alleged debt.

7 ____ I dispute the amount of the debt.

8 ____ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)

9 ____ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.

10 ____ Plaintiff does not allege a debt collection license number in the Complaint.

11 ____ Statute of Limitations ( the time has passed to sue on this debt.)

12 ____ The debt has been discharged in bankruptcy.

13 ____ The collateral (property) was not sold at a commercially reasonable price.

14 ____ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

15 ____ Violation of the duty of good faith and fair dealing.

16 ____ Unconscionability (the contract is unfair.)

17 ____ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

18 ____ Defendant is in the military.

19 XX Other: I would like to set up an affordable payment plan

    **OTHER**

20 ____ Please take notice that my only source of income is _____, which is exempt from collection.

    **COUNTERCLAIM**

21 ____ Counterclaim(s): $ _____ Reason: _____

**This case is scheduled to appear on the calendar as follows:** July 3, 2019 in Part 11C - Non-Jury - Self-Represented - Consumer Debt, Room 504 at 10:30 AM Both sides notified: __XX__

To:

    Tenaglia & Hunt, P.A.
    395 W. Passaic Street
    Suite 205
    Rochelle Park, NJ 07662

FILED

MAY 23 2019

CIVIL COURT
BRONX COUNTY

RECEIVED NYSCEF: 10/02/2025

# EXHIBIT 4

CITY COURT
COUNTY OF BRONX   PART 11C

STATE OF NEW YORK

---------------------------------------------------x

Barclays Bank Delaware

Plaintiff,

**FILED**

OCT 02 2019

CIVIL COURT
BRONX COUNTY

Index No.: CV- *06,246* /BX

STIPULATION OF SETTLEMENT

-against-

**RECEIVED**

0 7 OCT 2019

BY: _____

Defendant,

*Tyisha M Chancey*

---------------------------------------------------x

It is hereby stipulated and agreed by and between the parties that the above case is settled for the sum of $*4,940.86* at $*25* per month, to be paid on the following terms:

1. Defendant agrees to make first payment of $ *25* on or before *10/28/2019*

2. Each subsequent payment of $ *25* to be made on or before the 28th of each successive Month

3. Any payment received above the monthly amount due will be credited but does not relieve the defendant from making future monthly payments in accordance with the terms set forth above.

4. No interest is to accrue provided there is no default payment under the terms of this agreement.

5. All payments are to be made payable to **Tenaglia & Hunt, P.A. 395 W. Passaic Street, Suite 205, Rochelle Park, NJ 07660** and sent via U.S. Mail. (Please put Index # on Memo Line)

6. This stipulation of settlement shall be filed with the court. Defendant waives objections to service of process and consents to the jurisdiction of the court.

7. In the event of default, a 10 day notice to cure such default will be mailed by ordinary mail to the Defendant at his last known address and if such default remains uncured for ten (10) days from date of mailing, then Plaintiff shall file a motion for default judgment against the Defendant in the amount listed within the complaint, plus costs if any, disbursements, and interest, less any payments already received. (Should the defendant move, it is his/her obligation to notify Plaintiff's counsel within 10 days.)

8. Upon full payment by Defendant in accordance with the terms of this stipulation of settlement, Plaintiff shall file a notice of discontinuance with the court and will mail a copy of same to the defendant within 30 days.

_____
Tyisha Chancey
820 Southern Blvd #6R
Bronx, NY, 10459

_____
Martin J. Leahy, Esq.
(Print)

Tenaglia & Hunt, P.A.
Attorneys for Plaintiff
395 W. Passaic Street, Suite 205
Rochelle Park, NJ 07660

**SO ORDERED**

for

**J.C.C.**

HON. BRENDA L. RIVERA

OCT 0 2 2019

SO ORDERED: _____

Date: 2019-*12 2*

19 of 21

RECEIVED NYSCEF: 10/02/2025

# EXHIBIT 5

# TENAGLIA & HUNT

## Law. Differently.

*Please send all mail to
our New Jersey address*

39B West Passaic Street | Suite 205
Rochelle Park, New Jersey 07662
201.820.6001 Main | 201.226.0798 Fax
201.820.6011 TTY | 866.723.0578 Toll Free

www.tenagliahunt.com

January 28, 2022

Tyisha M Chancey
870 Southern Blvd Apt 6k
Bronx NY 10459-4557

RE: Barclays Bank Delaware
VS: Tyisha M Chancey
Acct. No. ending:5462
Our File No.: TA007892

Dear Tyisha M Chancey

You are currently in default pursuant to the settlement agreement. As of this date, our client has not received payments totaling $4,815.96. In the event the past due amount is not remitted in full to bring the settlement to current within ten (10) days from the date of this letter our client will proceed as dictated in the settlement agreement.

Very truly yours,

TENAGLIA & HUNT, P.A.

Christopher Mount
For the Firm

CRM/KS

**THIS FIRM IS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**