Tenaglia & Hunt, P.A.
395 W. Passaic Street, Suite 205
Rochelle Park, NJ 07662
James.wise@tenagliahunt.com


Re:     Barclays Bank Delaware v Tyisha M Chancey, Index No. CV-006266-19/BX
        **Demand for return levied funds pursuant to Court Order**

To Whom It May Concern:

　　　　Please note that by the Court Order dated October 7, 2025, the judgment against me was vacated with all restraints and garnishment of my funds to cease. *See enclosed.*

　　　　Where a judgment is vacated, all funds collected are to be returned. *See* Mercantile & Gen. Reins. Co., PLC v Colonial Assur. Co., 147 Misc 2d 804, 808 [NY Cnty Sup Ct 1989] (noting that a "basic principle that a vacated judgment is of no effect"); Damsky v Williams, 80 Misc. 3d 1221(A), 517758/2016 NYSCEF Doc. # 87 [Kings Cnty Sup Ct 2023] ("It is established law that when a vacated judgment is entered, the individual whose funds were taken . . . Is entitled to have those funds returned."); Down E. Seafood, Inc. v Sibling Fuel Co. Inc., 64 Misc 3d 1220(A) [NY Cnty Civ Ct 2019] ("When money is collected upon (a) ... judgment which, subsequent to the payment, is reversed, the legal conclusion is that the money belongs to the person from whom it was collected ...") (*quoting* M.S. Berkoff Co. v. McGuire, 54 Misc 3d 82, 8389 [NY App. Term. 2017]).

　　　　As the judgment against me was vacated October 7, 2025 with all enforcement and garnishment against me ordered to be lifted, **all enforcement of the now-invalid judgment in the above-referenced case, including any freezes or other restraints on any accounts, is to cease immediately – and all funds collected should be returned to me**, including the $4,040.37 levied from my account.

　　　　In addition, as documented in my Order to Show Cause which was signed by the Court on September 3, 2025, funds from exempt sources were unlawfully levied from me in violation of the Exempt Income Protection Act, and/or your own stipulation agreement.

　　　　Accordingly, please immediately ensure that my funds are returned to me and there is no longer any unlawful enforcement action against me in connection with the above-referenced matter. If you do not promptly comply I reserve the right to pursue all available legal remedies.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　Tyisha Chancey

Encl: Court Order date October 7, 2025

*Drafted with the assistance of an attorney admitted to the NYS Bar*

**Civil Court of the City of New York**
County of Bronx
Part 34C

Index Number CV-6266-19/BX
Motion Cal. # _____ Motion Seq. # _____

Barclays Bank Delaware

Claimant(s)/Plaintiff(s)/Petitioner(s)

against

Tyisha M Chancey

Defendant(s)/Respondent(s)

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | _____ |
| Order to Show Cause and Affidavits Annexed | _____ |
| Answering Affidavits | _____ |
| Replying Affidavits | _____ |
| Exhibits | _____ |
| Other | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to Vacate Default Judgment is GRANTED is as follows:

The judgment entered by Plaintiff in December 2024 is vacated. Plaintiff failed to file a prerequisite motion to enter judgment as its own settlement stipulation required, pursuant judgment. Any restraint and garnishment shall be immediately lifted, including the bank freeze on Chase bank account ending in 2572.

The parties shall appear April 1, 2026 for conference.

**ENTERED**
OCT -7 2025
CIVIL COURT
BRONX COUNTY

Date: 10/7/25

Judge, Civil Court
HON. CAROL ELAINE MALCOLM

NYC Marshal Ronald Moses
111 John Street, Suite 500
New York NY 10038
BY FAX TO: 212-349-4309


Re:     *Barclays Bank Delaware v Tyisha M Chancey*
        Index No. CV-006266-19/BX, Docket No R 106513
        Demand for return of funds after Court Order


To Whom It May Concern:

   I am the Defendant in the above-referenced case. The Court in the above-referenced case ordered on October 7, 2025 that the judgment against me is vacated and ended all restraints and garnishments of my funds. *See enclosed.*

   As the judgment against me was vacated October 7, 2025 with cessation of all enforcement including garnishment of funds, please promptly return to me the $4,040.37 levied from my account.

                                Sincerely,

                                Tyisha Chancey
                                870 Southern Blvd Apt 6K
                                Bronx NY 10459


Encl: Court Order dated October 7, 2025










*Drafted with the assistance of an attorney admitted to the NYS Bar*

**Civil Court of the City of New York**
County of Bronx
Part 34C

Index Number: CV-6266-19/BX
Motion Cal. # _____ Motion Seq. # _____

Barclays Bank Delaware

Claimant(s)/Plaintiff(s)/Petitioner(s)

against

Tyisha M Chancey

Defendant(s)/Respondent(s)

**DECISION/ORDER**
Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | ____ |
| Order to Show Cause and Affidavits Annexed | ____ |
| Answering Affidavits | ____ |
| Replying Affidavits | ____ |
| Exhibits | ____ |
| Other | ____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to Vacate Default Judgment to GRANTED is as follows:

The judgment entered by Plaintiff in December 2024 is vacated. Plaintiff failed to file a prerequisite motion to enter judgment as its own settlement stipulation required, pursuant judgment. Any restraint and garnishment shall be immediately lifted, including the bank freeze on Chase bank account ending in 2572.

The parties shall appear April 1, 2026 for conference.

**ENTERED**

OCT - 7 2025

CIVIL COURT
BRONX COUNTY

10/7/25
Date

HON. CAROL ELAINE MALCOLM
Judge, Civil Court



ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANS…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9510815243965287460672

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 3:44 pm on October 15, 2025 in NEW YORK, NY 10038. The item was signed for by I ZAK.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**

NEW YORK, NY 10038
October 15, 2025, 3:44 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

Proof of Delivery ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANS…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9510815243965287460719

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 9:49 am on October 16, 2025 in ROCHELLE PARK, NJ 07662. The item was signed for by J KIM.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**

ROCHELLE PARK, NJ 07662
October 16, 2025, 9:49 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

Proof of Delivery ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃