**TENAGLIA & HUNT**
Law. Differently.

TENAGLIA & HUNT, PA.
TRAKAMERICA BARCLAYS TRUST ACCOUNT
IOLTA ATTORNEY TRUST ACCOUNT
365 W. PASSAIC ST., SUITE 405
ROCHELLE PARK, NJ 07662

55-2/212

1992
10/23/2025

PAY TO THE ORDER OF   Tyisha M. Chancey    $  **3,737.02

Three thousand seven hundred thirty-seven and 02/100************************************************************DOLLARS

Tyisha M. Chancey
870 Southern Boulevard, Apt. 6K
Bronx, NY 10459-4557

MEMO  TA007892

AUTHORIZED SIGNATURE
SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING