**CITY MARSHAL RONALD MOSES**
TRUST ACCOUNT NO. 2
111 JOHN STREET, STE. 500
NEW YORK, NY 10038

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

352916

| DATE | CHECK NO. |
|---|---|
| 11/04/25 | 352916 |

PAY THREE HUNDRED THREE AND 35/100******************************

TO THE ORDER OF  TYISHA CHANCEY

AMOUNT ****303.35



*Ronald Moses*
AUTHORIZED SIGNATURE

---

352916

**CITY MARSHAL RONALD MOSES**

TRUST ACCOUNT NO. 2

TO REFUND POUNDAGE

*[handwritten note on sticky: sept rent / clch]*