1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LARSELLA OGLESBY,

        Plaintiff,

                CASE NO.: 1:19-cv-01834

vs.

ALLTRAN FINANCIAL, LP,
LVNV FUNDING LLC, RESURGENT
CAPITAL SERVICES, LP, and
FIRST NATIONAL COLLECTION
BUREAU,

        Defendants.

_____/

VIDEO-TELECONFERENCE DEPOSITION OF

CRYSTAL L. TORRES

OCTOBER 9, 2020

10:01 a.m. - 3:51 p.m.


Reported by:   Deborah Lugo, CLR
Esquire Deposition Solutions - Tampa Office
Phone - (813) 221-2535, (800) 838-2814
Esquire Job No.:  J6132723

CRYSTAL L. TORRES  Corp Rep TrakAmerica                    October 09, 2020
LARSELLA OGLESBY vs ALLTRAN FINANCIAL

```
                                                                    2
 1                    APPEARANCES OF COUNSEL

 2    On Behalf of the Plaintiff, LARSELLA OGLESBY:

 3        EMMA CATERINE, ESQ. (Via Zoom)
          AHMAD KESHAVARZ, ESQ.
 4        The Law Offices of Ahmad Keshavarz
          16 Court Street
 5        26th Floor
          Brooklyn, New York 11241
 6

 7
      On Behalf of the Defendants, ALLTRAN FINANCIAL,
 8    LP, LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES,
      LP, and FIRST NATIONAL COLLECTION BUREAU:
 9
          ARTHUR SANDERS, ESQ. (Via Zoom)
10        Barron & Newburger, P.C.
          30 South Main Street
11        New City, New York 10956

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CRYSTAL L. TORRES  Corp Rep TrakAmerica                October 09, 2020
LARSELLA OGLESBY vs ALLTRAN FINANCIAL

5

```
 1      Q.   You are testifying today as the corporate
 2   representative of TrakAmerica.  When I say "you," I
 3   mean TRAK unless otherwise indicated.
 4           Do you understand?
 5      A.   Yes.
 6      Q.   When you answer a question you are
 7   testifying as TRAK.
 8           Do you understand?
 9      A.   Yes.
10   ████████████████████████████████████████████████
11   ██████████████████████████████████████████
12   ██████████████████████████████████
13   ████████████
14         ██████████████████████████████████████████
15   ██████████████████████████████
16   ██████████████████
17   ████████████████████████████████████████████
18   ██████████████████████████████████████████
19   ████████████████████
20   ████████████
21   ████████████████████████████████████████████████
22   ██████████████████████████████████████████
23   ████████████████████████████████████████████████
24   ██████████████████████████████████████
25   ████████████
```

800.211.DEPO (3376)
EsquireSolutions.com

```
                                                               12
 1      ████████████████████████████████████████████████████
 2      ████████████████████████████████████
 3        ██████████████████████████████████
 4           ████████████████████████████
 5        ████████████████████████████████████████████████████
 6     ███████████████████████████████████████████████
 7        ████████████████████████████████████████
 8     ██████████
 9        ███████████████████████████████
10        ████████████████████████████████████████████████
11        ██████████████████████████████████████████
12     █████████████████████████████████████████████████████
13     █████████████████████████████████████████████████████
14     ████████████████     We forward accounts to debt
15   collectors.
16          Q.   And what does that mean?
17          A.   It means that we work for a client that has
18   bad debt accounts that need to be collected so we
19   receive the accounts and outsource the collection
20   activities on those accounts to our attorney
21   network or collection agency network and we act as
22   a -- we exchange data between the attorney firms
23   agencies and the client.
24          Q.   Okay.  And you used the word servicing.
25    Would that be accurate?
```

13

1    A.   That would depend on how you define
2  servicing.
3    Q.   Sure.  Well, how many accounts is TRAK
4  currently managing?
5    A.   I do not know the number.
6    Q.   Do you have any estimate as to what that
7  number is?
8    A.   Hundreds of thousands.
9   ▇▇▇▇▇▇
10  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
11  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
16  ▇▇▇▇▇▇▇▇▇▇▇▇▇
17        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19  ▇▇▇▇
20  ▇▇▇▇▇▇▇▇
21  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
22  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
24  ▇▇▇▇▇▇▇▇▇
25  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇