AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Tyisha Chancey | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 1:26-cv-00764 |
| Tenaglia & Hunt, P.A., and Data Search NY Inc. d/b/a TRAKAmerica, | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Office of Ahmad Keshavarz
16 Court Street, 26th Floor
Brooklyn, NY 11241

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/30/2026

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

TYISHA CHANCEY,

                                                                                    Case No.: 1:26-cv-00764

                      Plaintiff,

    -against-

TENAGLIA & HUNT, P.A., and
DATA SEARCH NY, INC. d/b/a TRAKAmerica,

                      Defendants.

-----------------------------------------------------------------------X

**Named Defendants:**

Tenaglia & Hunt, P.A. – by and through the New York Secretary of State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231

Data Search NY, Inc. d/b/a TRAKAmerica – by and through the New York Secretary of State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 1223