ATTORNEY(S): Law Offices of Ahmad Keshavarz
INDEX #: 1:26-cv-00764-RA
PURCHASED/FILED: January 30, 2026
STATE OF: NEW YORK
COURT: U.S. District
COUNTY/DISTRICT: Southern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Tyisha Chancey

Plaintiff(s)

against

Tenaglia & Hunt, P.A., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 30 yrs
Weight: 170 lbs   Height: 5'9"   Gender: Male   Race: White
Hair color: Black   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **February 10, 2026**, at **2:30 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: **SUMMONS IN A CIVIL ACTION WITH ORIGINAL COMPLAINT AND JURY DEMAND**

on

**Tenaglia & Hunt, P.A.**

the Defendant in this action, by delivering to and leaving with **Anthony Burris** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm on **FEBRUARY 10, 2026**, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

X _____
ROBERT GUYETTE

Invoice·Work Order # 2605066
Attorney File # **Chancey vs Tenaglia**