UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
TYISHA CHANCEY,

                 Plaintiff,          **NOTICE OF APPEARANCE**

                                        26-CV-00764

      -against-

TENAGLIA & HUNT, P.A. and
DATA SEARCH INC. d/b/a TRAKAMERICA

                 Defendant(s).

----------------------------------------x

  S I R S:

      PLEASE TAKE NOTICE THAT the defendant, TENAGLIA & HUNT,

P.A., hereby appears in the above-entitled action and that the

undersigned has been retained as counsel for said defendant therein.


Dated:  February 16, 2026

                               _____

                         ARTHUR SANDERS, ESQ. (AS1210)
                         BARRON & NEWBURGER, P.C.
                         Attorneys for defendant
                         30 South Main Street
                         New City, NY  10956
                         845-499-2990