```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
TYISHA CHANCEY,
                                              RULE 7.1 DISCLOSURE
                      Plaintiff,
                                                  26-CV-00764
          -against-

TENAGLIA & HUNT, P.A., and
DATA SEARCH NY INC. d/b/a TRAKAMERICA,


                      Defendant(s).
----------------------------------------x
```

Defendant, **TENAGLIA & HUNT, P.A.**, is a New Jersey Professional Association with offices in New York and New Jersey. Tenaglia & Hunt, P.A. is not a publicly traded corporation.

Dated:   New City, NY
         March 2, 2026

_____
ARTHUR SANDERS, ESQ. (AS1210)
BARRON & NEWBURGER, P.C.
Attorney for defendant-
Tenaglia & Hunt, P.A.
30 South Main Street
New City, NY  10956
845-499-2990