UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
TYISHA CHANCEY,

                 Plaintiff,           **NOTICE OF APPEARANCE**

                                          26-CV-00764

    -against-

TENAGLIA & HUNT, P.A. and DATA
SEARCH NY, INC. d/b/a TRAKAMERICA

                 Defendant(s).

-----------------------------------------x

S I R S:

      PLEASE TAKE NOTICE THAT the defendant, DATA SEARCH NY, INC., d/b/a TRAKAMERICA, hereby appears in the above-entitled action and that the undersigned has been retained as counsel for said defendant therein.


Dated:  March 3, 2026

                                          _____
                                          ARTHUR SANDERS, ESQ. (AS1210)
                                          BARRON & NEWBURGER, P.C.
                                          Attorneys for defendant
                                          30 South Main Street
                                          New City, NY  10956
                                          845-499-2990