```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TYISHA CHANCEY,
                                              STIPULATION EXTENDING
                  Plaintiff,                  DEFENDANT DATA SEARCH'S
                                              NY, INC.'S TIME TO
                                              RESPOND TO COMPLAINT
           -against-
                                              26-CV-00764
TENAGLIA & HUNT, P.A. and DATA
SEARCH NY, INC., d/b/a TRAKAMERICA,

                  Defendant(s).
------------------------------------------x
```

Plaintiff, by her attorney, Ahmad Keshavarz, and defendant Data Search NY, Inc., d/b/a TrakAmerica, by its attorneys Barron & Newburger, P.C., agree as follows:

1. That defendant's time to answer, plead, move or otherwise respond to the complaint is extended to March 24, 2026.

Dated:   New City, NY
         March 9, 2026

| | |
|---|---|
| s/ Adam Keshavarz | s/ Arthur Sanders |
| Law Office of Adam Keshavarz | Barron & Newburger, P.C. |
| Attorneys for Plaintiff | Attorneys for defendant |
| | Data Search NY, Inc. |
| 16 Court Street | 30 South Main Street |
| Brooklyn, NY 11241 | New City, NY 10956 |