```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TYISHA CHANCEY,
                                          STIPULATION EXTENDING
                Plaintiff,                DEFENDANT DATA SEARCH'S
                                          NY, INC.'S TIME TO
                                          RESPOND TO COMPLAINT

            -against-                     26-CV-00764

TENAGLIA & HUNT, P.A. and DATA
SEARCH NY, INC., d/b/a TRAKAMERICA,

                Defendant(s).
------------------------------------x
```

Plaintiff, by her attorney, Ahmad Keshavarz, and defendant Data Search NY, Inc., d/b/a TrakAmerica, by its attorneys Barron & Newburger, P.C., agree as follows:

1. That defendant's time to answer, plead, move or otherwise respond to the complaint is extended to March 24, 2026.

Dated:   New City, NY
         March 9, 2026

```
s/ Adam Keshavarz                  s/ Arthur Sanders
Law Office of Adam Keshavarz       Barron & Newburger, P.C.
Attorneys for Plaintiff            Attorneys for defendant
                                   Data Search NY, Inc.
16 Court Street                    30 South Main Street
Brooklyn, NY  11241                New City, NY  10956
```

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 10, 2026