UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TYISHA CHANCEY,

                          **RULE 7.1 DISCLOSURE**

                Plaintiff,           **26-CV-00764**

      -against-


TENAGLIA & HUNT, P.A., and DATA
SEARCH NY INC. d/b/a TRAKAMERICA

                Defendant(s).
------------------------------------------x

        Defendant, DATA SEARCH NY INC., d/b/a TRAKAMERICA, by its

attorneys Barron & Newburger, P.C., alleges that the defendant has no

publicly traded parent companies.


Dated:    New City, NY
          March 16, 2026




                                    _____
                                    ARTHUR SANDERS, ESQ. (AS1210
                                    BARRON & NEWBURGER, P.C.
                                    Attorneys for defendant
                                    Data Search NY Inc.
                                    30 South Main Street
                                    New City, NY  10956
                                    845-499-2990