

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

May 8, 2026

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Chancey v. Tenaglia & Hunt, P.A. & Data Search NY Inc., d/b/a TRAKAmerica
       Docket No. 26-cv-764

Dear Judge Abrams:

As you know, this office represents both defendants in the above captioned matter. This letter is written, with consent of plaintiff's counsel, to request the Court to "So Order" the proposed Briefing Schedule, which would also necessitate a slight adjustment to the existing Case Management Plan and Scheduling Order.

We plan on moving forward with a motion to dismiss defendant Data Search NY Inc., d/b/a TRAKAmerica from this lawsuit based upon our contention that our client is not a debt collector as defined by the Fair Debt Collection Practices Act. We expect to file a Rule 12(b)1 motion as we do not believe there is any federal jurisdiction over this defendant.

Defendant Data Search NY Inc., d/b/a TRAKAmerica proposes to serve and file its motion by June 1, 2026. Plaintiff would respond by June 23, 2026, and a reply would be filed by July 14, 2026.

Plaintiff's council is considering amending the complaint but his deadline to do so is June 1, 2026. The parties have agreed to extend plaintiff's time to amend, to June 5, 2026. This would require an adjustment of the Management Plan and Scheduling Order (Doc. 18).

Thank you for your consideration with regard to this request.

Sincerely,

BARRON & NEWBURGER, P.C.

By:  Arthur Sanders

as/gw