

BARRON & NEWBURGER, PC

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

May 29, 2026

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Chancey v. Tenaglia & Hunt, P.A. & Data Search NY Inc., d/b/a TRAKAmerica
       Docket No. 26-cv-764

Dear Judge Abrams:

As you know, this office represents both defendants in the above captioned matter. This letter is written to request an extension of time for defendant Data Search NY Inc., d/b/a TRAKAmerica to file its anticipated 12(b)(1) motion to dismiss.

Under the schedule previously submitted to the court, and approved, TRAKAmerica had proposed to serve and file its motion by June 1, 2026. Defendant is proposing that its deadline to file the motion be extended to July 6, 2026, and that plaintiff's time to respond be extended to August 7, 2026, with a reply to be filed by August 28, 2026. This is a first request for an extension of time in this case and plaintiff's counsel has consented to this request.

Defendant notes that this application is being made less than 48 hours prior to the deadline. We apologize for this oversight.

We thank the Court for its consideration of this request, made with consent of plaintiff's counsel.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders

as/gw

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
June 1, 2026