

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990  |  E-Mail: asanders@bn-lawyers.com

June 2, 2026

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:    Chancey v. Tenaglia & Hunt, P.A. & Data Search NY Inc., d/b/a TRAKAmerica
       Docket No.  26-CV-764

Dear Judge Abrams:

As you know, this office represents both defendants in the above-captioned matter.  This letter is written to supplement my previous request to adjust the previous Briefing Schedule for the anticipated motion of Data Search NY, Inc., d/b/a TRAKAmerica to dismiss.

In our previous application we neglected to request that plaintiff's time to amend its complaint be extended to July 17, 2026.  We are now making that request, with consent of plaintiff's counsel.

Thank you for your attention to this matter.

Sincerely yours,

BARRON & NEWBURGER, P.C.

By:  ARTHUR SANDERS
as/ctw