# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

June 19, 2026

**VIA ECF**
District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
June 22, 2026

> **Re:**    **Request for extension of time to complete fact discovery and depositions.**
> *Tyisha Chancey v. Tenaglia & Hunt, P.A. et al.,* Case 1:26-cv-00764-RA

Dear Judge Abrams:

The undersigned represents Plaintiff Tyisha Chancey in the above-entitled action alleging violations of the Fair Debt Collection Practices Act and various state law claims against the debt collection law firm Tenaglia & Hunt, P.A. and their collection management contractor, Data Search NY, Inc. d/b/a TRAKAmerica; and state law claims based on the same nucleus of operative facts.

We write on behalf of all parties.

Pursuant to Your Honor's Individual Rule 1(D), the parties write to request an extension of time to complete fact discovery and depositions by sixty days. The original due date for depositions is July 1, and the original due date for fact discovery is August 10.

The new dates would be Monday, August 31 as the deadline for depositions, and Friday, October 9 as the deadline for fact discovery.

No previous requests have been made for the extension of either deadline. Plaintiff has been diligent in obtaining the discovery needed within the existing scheduling order. The initial conference was April 10. Plaintiff promptly served discovery demands on April 24 (even though the deadline to do so in the scheduling order was not until May 1.) Defendants met their deadline to serve answers to requests for admission and interrogatories but did not serve answers to requests for production, which were due on May 26, or, more importantly, the documents themselves. Plaintiff is conferring with opposing counsel to obtain the answers and documents and, if not successful, will file a motion to compel.

The parties thank the Court for its consideration.

Sincerely,
/s/
Ahmad Keshavarz

1