UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYSHA CHANCEY<br><br>Plaintiff,<br><br>v.<br><br>TENAGLIA & HUNT, P.A., and DATA SEARCH NY INC. d/b/a TRAKAMERICA,<br><br>Defendants. | No. 26-CV-764 (RA)<br><br>ORDER OF REFERENCE |

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Stein for the following purposes:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute: Dkt. No. 27 (Motion for Local Rule 37.2 Conference to compel responses to Plaintiff's first discovery demands) | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

SO ORDERED.

Dated:        June 25, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge