

BARRON & NEWBURGER, PC

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

June 26, 2026

Hon. Gary Stein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    **Plaintiff's Local Rule 37.2 Letter Motion for Pre-Motion Conference to Compel Answers to Plaintiff's First Discovery Demand**
Chancey v. Tenaglia & Hunt, P.A. & Data Search NY Inc., d/b/a TRAKAmerica
Docket No. 26-CV-764

Dear Judge Stein:

This letter is written in response to plaintiff's correspondence, dated June 23, 2026. The letter to the Court from plaintiff's counsel is only partially accurate and the Court should, accordingly, deny the application.

The letter is accurate to the following extent:

1. Both defendants answered plaintiff's interrogatories and requests for admissions.

2. Neither defendant has responded to plaintiff's document production requests.

The letter from plaintiff's counsel is inaccurate and misleading to the following extent:

1. There is no discovery dispute with respect to defendant Tenaglia's anticipated document production responses. During our Meet and Confer, I indicated that document production would be ready by July 6, 2026. The Tenaglia defendant is not refusing to provide discovery or objecting to the document requests.

2. We did not discuss document production for co-defendant Data Search NY, Inc., d/b/a TRAKAmerica. In fact, we already have a Briefing Schedule regarding that defendant's anticipated dismissal motion. We do not believe that the co-defendant is subject to this Court's subject matter jurisdiction and that is the basis for the anticipated motion.

Cell: (845) 548-2213| Fax: (845) 499-2992| 30 South Main Street | New City, NY 10956 | bn-lawyers.com



Hon. Gary Stein                    - 2 -                    June 26, 2026
Re : Chancey v. Tenaglia & Hunt, et al


3. Plaintiff's counsel's representation that depositions are currently set for July 8th is misleading. He chose that date without confirming defendants' availability to be deposed that date. Neither defendant agreed in advance of receiving the deposition notices sent just four days ago, that they would be available. In fact, neither defendant is available on July 8th and the depositions will need to be rescheduled. It appears that the date of July 8th, randomly chosen by plaintiff's counsel, is meant to give the parties a sense of urgency with respect to the outstanding discovery. In fact, the deposition deadline set by the Court is not until August 31st.

Defendant Data Search NY, Inc., d/b/a TRAKAmerica, will be requesting a stay of discovery when it files its motion. The anticipated stay would only apply to that defendant. The parties have not yet met and conferred on that issue.

Thank you for your attention to this matter.

Sincerely yours,

BARRON & NEWBURGER, P.C.

By: ARTHUR SANDERS
as/ctw