# A H M A D   K E S H A V A R Z

*Attorney at Law*

---

16 Court St., 26th Floor
Brooklyn, NY 11241-1026

www.NewYorkConsumerAttorney.com
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

June 29, 2026

**VIA ECF**
Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

> **Re:** **Local Rule 37.2 Letter Motion for Pre-Motion Conference to Compel Answers to Plaintiff's First Discovery Demands.**
> *Tyisha Chancey v. Tenaglia & Hunt, P.A. et al.,* Case 1:26-cv-00764-RA

Dear Judge Stein:

The undersigned represents Plaintiff Tyisha Chancey in the above-entitled action alleging violations of the Fair Debt Collection Practices Act and various state law claims against the debt collection law firm Tenaglia & Hunt, P.A. and their collection management contractor, Data Search NY, Inc. d/b/a TRAKAmerica; and state law claims based on the same nucleus of operative facts.

I write pursuant to Your Honor's Rule II(c) to request a conference regarding a discovery dispute that has arisen with Defendants. Plaintiff served her first discovery demands on all Defendants on April 24, 2026. **Exhibit A**. The deadline for Defendants to answer Plaintiff's discovery request was Monday, May 25, 2026. Defendants have provided answers to interrogatories and requests for admission but no answers to the requests for production and, more importantly, no documents.

Counsel for plaintiff has conferred with counsel for defendants but was unable to resolve the discovery dispute. Therefore, plaintiff seeks an order for defendants to answer plaintiff's document production demands and to provide fully responsive documents, especially as to the issues of account notes and all contracts and manuals among the defendants or related to the collection efforts against plaintiff.

Plaintiff thanks the Court for its consideration.

Sincerely,
/s/
Ahmad Keshavarz

**CERTIFICATE OF CONFERENCE**

1

I attempted to resolve these matters without court involvement, but those efforts have been unsuccessful. I emailed opposing counsel on June 19 and again on June 20 indicating my concerns and asked for a time to confer via telephone or Zoom to discuss in hope of avoiding the necessity of court intervention. We spoke via Zoom on June 22 and June 23 seeking to at least obtain the collection agreements and account notes now and to give additional time to produce the balance. Opposing counsel did not have the collection agreements and would need additional time to review the account notes. Plaintiff needs full document production in advance of the depositions of defendants, currently set for July 8. In addition, the parties agreed to the timing of the scheduling order so that plaintiff would be able to have discovery answers to review prior to her deadline to amend. That deadline is July 17.[1] Plaintiff therefore seeks to compel.

Dated: Brooklyn, New York
     June 29, 2026
     /s/
     Ahmad Keshavarz

The Court is in receipt of Plaintiff's motion for a Rule 37.2 conference (Dkt. Nos. 27, 31) and Defendants' opposition (Dkt. No. 30). The Court declines to schedule a conference at this time, but may do so in the future. As Defendant Data Search NY, Inc. d/b/a TRAKAmerica ("TRAKAmerica") has not yet filed a motion for judgment on the pleadings or a motion to stay discovery pending a ruling on any motion for judgment on the pleadings, the Court will not issue a stay of discovery — or more specifically, a stay of TRAKAmerica's obligation to respond to Plaintiff's document requests — at this time. The Court also sees no basis at this time to compel Defendants to make their witnesses available for deposition on July 8, 2026, to the extent Plaintiff seeks such relief. Instead, the Court directs the parties to meet and confer in light of Defendants' response and this Order and submit a subsequent joint status letter updating the Court on the issues presented by no later than Thursday, July 9, 2026.

SO ORDERED.

Date:  New York, New York
       July 1, 2026

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**

---

[1] Incidentally, counsel for Plaintiff will be out of the country on vacation beginning June 24 and will not return to the office until July 6.