

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

July 10, 2026

Hon. Gary Stein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Chancey v. Tenaglia & Hunt, P.A. & Data Search NY Inc., d/b/a TRAKAmerica
        Docket No. 26-CV-764

Dear Judge Stein:

This joint letter is being sent in compliance with your Order of July 1, 2026, which directed the parties to meet and confer and to submit a joint status letter. The parties have made progress in resolving the disputes referenced in the previous filings and can report to the Court as follows:

1.   Defendant Data Search NY, Inc., d/b/a TRAKAmerica ("TRAK") ha filed its motion to dismiss, and that motion is now pending before the District Court Judge.

2.   Defendant Tenaglia & Hunt, P.A., has responded to plaintiff's document production demands. Counsel for the parties are attempting to resolve various alleged deficiencies in the responses. Without limitation, no later than July 16, 2026, Tenaglia will produce the Work Standards Manual referenced in the Legal Services contract between Tenaglia and TRAK, and will produce documents reflecting communications with TRAK (if any), including records of information transfers.

3. TRAK has agreed to produce documents in response to plaintiff's document demands no later than July 16, 2026. Without limitation, this includes contracts with the putative creditor that would govern the Chancey account, and documents reflecting communications between TRAK, the putative creditor, or any third-party related to Chancey.

4. The parties have agreed to permit plaintiff to file an amended complaint as a matter of right no later than July 23, 2026. In the event that plaintiff elects to file such an amended pleading, defendant TRAK will inform the Court, no later than July 30, 2026, whether it intends to withdraw its pending motion to dismiss and answer, file a new motion to dismiss based upon the amended complaint, or stand on its pending motion



Hon. Gary Stein                    - 2 -                    July 10, 2026
Re : Chancey v. Tenaglia & Hunt, et al


to dismiss.  If TRAK elects to answer or file a new motion to dismiss based on the amended complaint it will do so on or before August 21, 2026.  Opposition will be due by September 18, 2026.  Reply will be due by October 2, 2026.

5. After the production of additional documents, the parties will confer as to the taking of the deposition of TRAK.  If there is no agreement, TRAK will file by July 30, 2026, a motion to stay its deposition until after a ruling on the motion to dismiss.

6. The deposition of Plaintiff will not take place until the deposition of Tenaglia and TRAK.

7. The partis agree to extend the deadline for depositions to September 30, 2026.

Counsel for both parties will continue their efforts to work together to resolve any additional disputes that may arise during the discovery process.

Thank you for your attention to this matter.

Sincerely yours,

BARRON & NEWBURGER, P.C.

By:  ARTHUR SANDERS
as/ctw