

BARRON & NEWBURGER, PC

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

July 20, 2026

Hon. Gary Stein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Chancey v. Tenaglia & Hunt, P.A. & Data Search NY Inc., d/b/a TRAKAmerica
       Docket No. 26-CV-764

Dear Judge Stein:

This letter will serve to follow up and supplement the correspondence of July 10, 2026 (Doc. 34). The parties have agreed to extend certain deadlines and are requesting that the Court agree to the proposed extensions.

The Tenaglia defendant is sending the Work Standards Manual referenced in paragraph 2 of my July 10, 2026 correspondence, and plaintiff's counsel should have that document later today. There are still additional documents to produce but our contact at TRAK was away last week. The parties have agreed that the new date for the production of the additional documents will be July 24, 2026.

The parties further agreed to permit plaintiff to file an Amended Complaint as a matter of right no later than August 24, 2026. In the event that plaintiff elects to file such amended pleading, defendant TRAK will inform the Court, no later than August 31, 2026, whether it intends to withdraw its pending motion to dismiss and Answer, file a new motion to dismiss based upon the Amended Complaint, or stand on the pending motion to dismiss.

If TRAK elects to answer or file new motion to dismiss based on the Amended Complaint, it will do so on or before September 21, 2026. Opposition will be due by October 19, 2026. The Reply will be due by November 2, 2026.

In addition, the parties agree to extend the deadline for depositions to October 30, 2026.

In essence, the parties are agreeing to extend most deadlines 30 days in recognition of the fact that plaintiff's counsel was still awaiting additional documents.

This is a joint application and supplements the July 10, 2026 status report.

Thank you for your consideration.

Sincerely yours,

BARRON & NEWBURGER, P.C.

_____
By: ARTHUR SANDERS
as/ctw