

BARRON & NEWBURGER, PC

Arthur Sanders
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

August 7, 2026

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Chancey v. Tenaglia & Hunt, P.A. & Data Search NY Inc., d/b/a TRAKAmerica
         Docket No. 26-cv-764

Dear Judge Abrams:

This letter is written on behalf of all parties to this litigation, to request that the status conference, scheduled for August 14, 2026, be adjourned until after the conclusion of discovery.

The Court previously ordered that discovery be completed by August 10, 2026, and that a status conference take place on August 14, 2026 (Document 18). Since that time, the matter has been referred to Magistrate Stein for discovery supervision and new deadlines have been imposed. The current deadline for completion of fact discovery is November 29, 2026 (Document 38).

We believe, in light of the more recent court orders, that there is no reason to proceed with a status conference on August 14, 2026, and we are requesting that the conference be adjourned until after the conclusion of fact discovery. All parties can be available for such a conference any time during the week of December 7, 2026.

In addition to the foregoing, the undersigned will be out of the country on August 14, 2026, and will be unavailable for any conference on that date.

Thank you for your consideration. This is a joint application made by all parties.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders

as/gw

Application granted.  The post-fact discovery conference previously scheduled for August 14, 2026 is adjourned to December 11, 2026 at 12:30 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 13, 2026