**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

August 14, 2026

**VIA ECF**
Hon. Gary Stein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

**Re: Agreed motion to enlarge time to amend as a matter of right from August 24 to September 24.**
*Tyisha Chancey v. Tenaglia & Hunt, P.A. et al.*, Case 1:26-cv-00764-RA

Dear Judge Abrams:

The undersigned represents Plaintiff Tyisha Chancey in the above-entitled action alleging violations of the Fair Debt Collection Practices Act and various state law claims against the debt collection law firm Tenaglia & Hunt, P.A. and their collection management contractor, Data Search NY, Inc. d/b/a TRAKAmerica; and state law claims based on the same nucleus of operative facts.

We write on behalf of all Parties.

Pursuant to Your Honor's Individual Rule 1(D), the Parties write to request an extension of time to amend as a matter of right from August 24 to September 24. All Parties agree to this request.

The reason for the request that, due to unforeseen difficulties by defense counsel to obtain certain documents from his client, counsel for defendants has not been able to comply will all of the terms of our so ordered stipulation for the production of documents, as well as certain discovery demands. To the degree documents have been produced, the key document, a TRAKAmerica policy and procedure manual that governs the collection by collection law firm such as Defendants Tenaglia & Hunt, P.A have been marked as confidential. Other procedure manuals – which are even more specific as to control issues and standards applying to Tenaglia – are incorporated by reference to the general policy manual but have not produced. While defense counsel is continuing to confer with his client appears TRAKAmerica will not voluntarily produce those document, which would require a motion to compel. We await a definitive answer to that issue.

Further the current general policy manual has been designated confidential. The policy manuals specifically applying to law firms will no doubt be marked confidential whether produced voluntarily. That will require Plaintiff to move to remove the confidentiality designation as those documents are key for the amended complaint and to the issues TRAKAmerica will apparently raise in its motion to dismiss. Plaintiff will need to file a formal motion to remove the confidentiality designation even though these types of materials have

repeatedly been held as not confidential. *Khan v. Midland Funding LLC*, 956 F. Supp. 2d 515, 516–17 (S.D.N.Y. 2013)

The Parties thank the Court for its consideration.

Sincerely
/s/
Ahmad Keshavarz

Application granted. The deadline for Plaintiff to file an amended complaint in this action is extended to September 24, 2026. SO ORDERED.

Date: August 20, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York

repeatedly been held as not confidential. *Khan v. Midland Funding LLC*, 956 F. Supp. 2d 515, 516–17 (S.D.N.Y. 2013)

The Parties thank the Court for its consideration.

Sincerely
/s/
Ahmad Keshavarz

Application granted. The deadline for Plaintiff to file an amended complaint in this action is extended to September 24, 2026. SO ORDERED.

Date: August 20, 2026

**Gary Stein**
**United States Magistrate Judge**
**Southern District of New York**