**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

September 22, 2026

**VIA ECF**
Hon. Gary Stein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Agreed motion to enlarge time to amend as a matter of right from Thursday, September 24 to Monday, October 26.**
*Tyisha Chancey v. Tenaglia & Hunt, P.A. et al.,* Case 1:26-cv-00764-RA-GS

Dear Judge Stein:

The undersigned represents Plaintiff Tyisha Chancey in the above-entitled action alleging violations of the Fair Debt Collection Practices Act and various state law claims against the debt collection law firm Tenaglia & Hunt, P.A. and their collection management contractor, Data Search NY, Inc. d/b/a TRAKAmerica; and state law claims based on the same nucleus of operative facts.

We write on behalf of all Parties.

Pursuant to Your Honor's Individual Rule I(G), the Parties write to request an extension of time to amend as a matter of right from Thursday, September 24, 2026 to Monday, October 26, 2026. All Parties agree to this request. Your Honor granted the parties' previous joint request for an extension of time to amend as a matter of right from August 24 to September 24, 2026. Dkt. No. 42.

The reason for the instant request is because parties need to resolve the issues raised in Plaintiff's September 18, 2026 letter application for a Local Rule 37.2 premotion conference (Dkt. No. 43) before filing an amended complaint. In that application, Plaintiff requested a premotion conference regarding:

(i) a motion to compel defendants to fully answer plaintiff's document production demands and provide fully responsive documents, including procedure manuals that are incorporated by reference to a general policy manual but have not been produced; and

(ii) a motion to strike Tenaglia's confidentiality designation as to the general policy manual and other manuals.

Defendants filed today, on consent, a request for an extension of time to respond to Plaintiff's September 18, 2026 application by September 25, 2026. Dkt. No. 44. The resolution of the application is necessary before filing an amended complaint because the documents at issue are key for Plaintiff's claims in an amended complaint and to the issues TRAKAmerica will

apparently raise in its motion to dismiss.

The Parties thank the Court for its consideration.

Sincerely
/s/
Ahmad Keshavarz