BARRON & NEWBURGER, PC

B&N

Arthur Sanders
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

**MEMO ENDORSED**

September 22, 2026

Application granted. Defendants' deadline to respond to Plaintiff's letter motion is extended to September 25, 2026. SO ORDERED.

Date: September 23, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York

Hon. Gary Stein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Chancey v. Tenaglia & Hunt, P.A. & Data Search NY Inc., d/b/a TRAKAmerica
Docket No. 26-CV-764

Dear Judge Stein:

Please be advised that the undersigned represents the defendants in the above-captioned matter. We are in receipt of plaintiff's five-page letter motion for pre-motion conference filed on Friday September 18, 2026, at 9:50 p.m. We are requesting an extension of time to respond to plaintiff's filing.

Our response would normally be due tomorrow, September 23, 2026, but I was not in my office over the weekend and was not working yesterday, September 21st due to the Jewish holiday of Yom Kippur. We are requesting that defendants' time to respond to plaintiff's Rule 37 motion be extended to Friday, September 25, 2026.

This would be our first request for an extension of time to respond to plaintiff's application and plaintiff's counsel consents to this request.

Thank you for your consideration.

Sincerely yours,

BARRON & NEWBURGER, P.C.

By: ARTHUR SANDERS
as/ctw