**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TYISHA CHANCEY,

Plaintiff,

-against-

TENAGLIA & HUNT P.A., *et al.*,

Defendants.

---------------------------------------------------------------X

**26 Civ. No. 0764 (RA) (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Monday, October 26, 2026 at 3:00 p.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [283 856 023 346 603] Passcode: [6TW2a6oA]**

**SO ORDERED.**

DATED: New York, New York
October 5, 2026

The Honorable Gary Stein
United States Magistrate Judge