**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

TYISHA CHANCEY,

Plaintiff,

-against-

TENAGLIA & HUNT, P.A., and DATA SEARCH NY INC. d/b/a TRAKAMERICA,

Defendants.

---------------------------------------------------------------------X

**26 Civ. 764 (RA) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On November 5, 2026, the Court held a video discovery conference on Plaintiff's letter-motion dated September 18, 2026 seeking to compel Defendants to produce certain outstanding discovery and to strike the confidentiality designation for a produced document. (Dkt. No. 43; *see also* Dkt. No. 48 (Defendants' response to letter-motion)). These issues were resolved in the manner, and for the reasons, set forth on the record at the conference.

Defendant TRAKAmerica stated at the conference that it is withdrawing its July 6, 2026, motion for judgment on the pleadings. (Dkt. No. 33). Plaintiff shall file her amended complaint by no later than November 19, 2026. Defendants' responses to the amended complaint are due by December 4, 2026.

In addition, the parties are directed to meet and confer regarding a revised deadline for completion of fact discovery and submit this proposed schedule to the Court by November 13, 2026.

The Clerk of Court is respectfully directed to close the open motions at Dkt. Nos. 33 and 43.

**SO ORDERED.**

DATED: New York, New York
November 5, 2026

The Honorable Gary Stein
United States Magistrate Judge