**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

November 13, 2026

**VIA ECF**
Hon. Gary Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: Request for an extension of time to submit a proposed discovery schedule from November 13, 2026 to November 17, 2026**
*Tyisha Chancey v. Tenaglia & Hunt, P.A. et al.,* Case 1:26-cv-02834-RA-GS

Dear Judge Gary Stein:

The undersigned represents Plaintiff Tyisha Chancey in the above-entitled action alleging violations of the Fair Debt Collection Practices Act and various state law claims against the debt collection law firm Tenaglia & Hunt, P.A. and their collection management contractor, Data Search NY, Inc. d/b/a TRAKAmerica; and state law claims based on the same nucleus of operative facts. Following a November 5, 2026 status conference, Your Honor directed the Parties to meet and confer regarding a revised deadline for completion of fact discovery and submit a proposed schedule by November 13, 2026.

The undersigned counsel respectfully requests an extension of time for the Parties to submit a proposed schedule to November 17, 2026. The Parties could not meet and confer because one of the counsels is ill. Defendants consent to this request.

The parties thank the Court for its consideration.

Sincerely,
/s/
Ahmad Keshavarz