**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026
WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com
Telephone: (718) 522-7900
Fax: (877) 496-7809

November 17, 2026

**VIA ECF**
Hon. Gary Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: Joint letter with proposed revised schedule.**
*Tyisha Chancey v. Tenaglia & Hunt, P.A. et al.,* Case 1:26-cv-02834-RA-GS

Dear Judge Gary Stein:

The undersigned represents Plaintiff Tyisha Chancey in the above-entitled action alleging violations of the Fair Debt Collection Practices Act and various state law claims against the debt collection law firm Tenaglia & Hunt, P.A. and their collection management contractor, Data Search NY, Inc. d/b/a TRAKAmerica; and state law claims based on the same nucleus of operative facts.

The Parties submit this letter pursuant to Your Honor's November 6, 2026 Order directing the Parties to meet and confer regarding a revised deadline for completion of fact discovery and submit a proposed schedule to the Court. Dkt. No. 50. The current deadline for fact discovery is November 29, 2026. A post-fact discovery conference before Judge Ronnie Abrams is currently set for December 11, 2026. This letter is also a follow-up to November 5, 2026 hearing regarding Plaintiff's letter motion to compel. Dkt. No. 43. As stated on the record, the Parties came to a number of agreements on the record, including for Plaintiff to identify by bate-stamp number the documents she believes are incorporated by reference in the TRAKAmerica Supplier Work Standards Version 4.9. *See* Dkt. No. 43, p. 3, item 1 of 7.

Counsels for the Parties have met and conferred on November 16, 2026 regarding the discovery issues discussed during the November 5, 2026 and regarding a proposed schedule and propose the following:

1. By December 4, 2026, Defendants will either produce or file an objection with the court to produce the following documents or information:
    a. The following documents referenced in the TRAKAmerica Supplier Work Standards Version 4.9:
        i. TRAKAmerica Court Document Standards of Work (see B&N-42851-42857, 42861);

ii. TRAKAmerica Consumer Complaint Handling Procedure Guide (see B&N-42857);

iii. Supplier Process for Consumer Correspondence and Handling of Account Issues (see B&N-42843, 42848, 42859);

iv. Any Supplier Process Guide that would cover the creditor at issue in this case, Barclays Bank Delaware (Barclays);

b. As to Plaintiff:

i. Production of documents in an electronic format as they are kept in TRAK's system regarding Plaintiff;

ii. Any emails related to Plaintiff sent to, from, or copying Litigation.Documents@TRAKAmerica.com or BCUS_client_services@trakamerica.com (see B&N-4288, 42857);

iii. Complaint Log related to Plaintiff located in TAMMS (see B&N-42851, 42852, 42858);

iv. The complaint reporting, trending, and monitoring program used as to Plaintiff's putative account;

v. TRAK templates related to Plaintiff;

vi. Documents (in native format) related to Plaintiff on the "TRAKAmerica media management site" (see B&N-42861);

vii. Communications or data transfers from or through TRAK regarding Plaintiff;

viii. Documents sufficient to demonstrate the identity of each partial name referred to in the account notes related to Plaintiff;

ix. Documents sufficient to demonstrate the meaning of each abbreviation or code referred to in the account notes related to Plaintiff.

c. As to Barclays' accounts:

i. TRAK templates applicable to Barclay's accounts;

ii. The internal audit standards and procedures to ensure the full cycle of complaint management is meeting client requirements that Suppliers must have related to Barclays accounts;

iii. Policies specific to the Barclaycard accounts (see B&N-42861);

iv. TRAK has produced partially redacted copies of documents related to Barclays accounts identified as Exhibits H, I, J, K. Counsels will confer regarding these redactions by November 20, 2026;

d. Other items as to TRAK:

i. A list of all TRAK templates, but not the templates themselves;

ii. An operations manual or other document related to the description and operation TAMMS system (see B&N-42810, 42825, 42835, 42836, 42838, 42848, 42851, 42852, 42854, 42855, 42856, 42858);

iii. TRAK Complaint Template for clients without a specific template provided (see B&N-42858);

2. By December 18, 2026 counsel for Plaintiff will provide counsel for Defendant a proposed First Amended Complaint ("FAC") and proposed Exhibits that will reference or attach certain documents already designated confidential or to be produced by December 4, 2026 as per ¶ 1 above. The Parties will confer as to whether there is a dispute as to the information to be disclosed in the FAC.

3. By January 5, 2027 Plaintiff will file the FAC or, if Defendants objects as to the disclosure of certain paragraphs in FAC or certain supporting exhibits on confidentiality grounds, Defendants will file a motion to seal those portions of the proposed FAC. It is the burden of the Defendants to demonstrate that the Confidentiality Designation should be retained and that the portions of the FAC should be filed under seal.

4. The deadline for Plaintiff to file the FAC as a matter of right is January 5, 2027 as per ¶¶ 2 and 3 above.

5. All depositions and fact discovery shall be completed by May 28, 2027.

6. There is no stay of discovery.

The Parties thank the Court for its consideration.

Sincerely,
/s/
Ahmad Keshavarz